IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>STATE OF ALABAMA and    )<br>ALABAMA DEPARTMENT OF    )<br>CORRECTIONS,    )<br>    )<br>    Defendants.    ) | CIVIL ACTION NO.<br>2:15cv368-MHT<br>(WO) |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The parties' joint motion to enter settlement agreement (doc. no. 2) is granted as outlined below.

(2) The court adopts the parties' settlement agreement, and its terms have been entered separately as a consent decree of the court.

(3) This case is dismissed conditionally and without prejudice. Final dismissal is conditioned on compliance with the consent decree.

(4) The court retains jurisdiction for the purpose of enforcing the consent decree as well as to resolve any disputes arising out of the consent decree and to enter final dismissal of this matter as contemplated by the consent decree.

(5) No costs are taxed at this time.

(6) This case is closed administratively.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of June, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE