IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civil No. 2:15cv368-MHT |
| | ) | (WO) |
| STATE OF ALABAMA AND | ) | |
| ALABAMA DEPARTMENT OF CORRECTIONS, ) | | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ ) | | |

## **UNITED STATES' RESPONSE TO NOTICE OF NON-COMPLIANCE**

The United States of America hereby files this Response to the Notice of Non-

Compliance sent to Judith C. Preston to inform the Court that Ms. Preston has registered with the

Electronic Court Filing System (ECF) for the Middle District of Alabama and is in compliance.

Dated this 26th day of August, 2015.

Respectfully submitted,

*/s/ Aaron S. Fleisher*
AARON S. FLEISHER
Senior Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone:  (202) 307-6457
Facsimile:  (202) 514-6903
Email:  aaron.fleisher@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all registered parties.

/s/ Aaron S. Fleisher
AARON S. FLEISHER
Senior Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone:  (202) 307-6457
Facsimile:  (202) 514-6903
Email:  aaron.fleisher@usdoj.gov