IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:15cv00368-MHT |
| | ) |
| THE STATE OF ALABAMA and | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, and moves this Court to substitute Deputy Chief Mary Bohan of the Civil Rights Division as counsel of record for the United States of America in this matter in place of Mark Kappelhoff, Judith C. Preston, Julie Abbate, and Zazy I. Lopez.

Respectfully submitted this the 12th day of September, 2018.

Respectfully submitted,

**FOR THE UNITED STATES:**

STEVEN H. ROSENBAUM
Chief
Special Litigation Section
Civil Rights Division

__/s/ Mary Bohan____

MARY BOHAN
Deputy Chief
Special Litigation Section
Civil Rights Division

       <u> /s/ Aaron Fleisher </u>

AARON FLEISHER  
Trial Attorney  
Special Litigation Section  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, DC  20530  
Telephone No.:  (202) 307-6457  
Facsimile No.:  (202) 514-6903  
Email:  aaron.fleisher@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of September 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECMF system, which will automatically notify Defendant's counsel.

    /s/ Aaron Fleisher

AARON FLEISHER
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone No.:  (202) 307-6457
Facsimile No.:  (202) 514-6903
Email:  aaron.fleisher@usdoj.gov