# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NOTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.2:15-cv-00368-MHT-SRW |
| ) | |
| STATE OF ALABAMA AND ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO COURT OF PARTIES' JOINT AGREEMENT TO POSTPONE COMPLIANCE TOUR AND ISSUE INTERIM COMPLIANCE REPORT

Come now the Plaintiff, the United States of America, and Defendants, the State of Alabama and the Alabama Department of Corrections, and give notice of their agreement to postpone the Monitor's on-site compliance visit to the Julia Tutwiler Prison for Women ("Tutwiler") currently scheduled for the week of June 1, 2020.  The Consent Decree requires that the court-appointed Monitor overseeing compliance conduct an on-site visit and issue a Compliance Report every six months.  (Consent Decree, VIII.C.1, DKT 12). The most recent on-site visit was conducted on December 1-4, 2019.

The Monitor has recommended, and the parties concur, that challenges presented by the current coronavirus pandemic warrant a short postponement of the every-six months scheduled visit, and anticipate the re-scheduled visit to occur in the fall of 2020.  The challenges include the uncertainty of the extent of the spread of the virus in the State of Alabama and home states of the Monitor and Department of Justice team, accommodating

CDC recommendations of postponing in-person visitation in correctional facilities,[1] the uncertain logistics of interstate travel by the Monitor and Department of Justice team at that date, and the risk that asymptomatic individuals, including the Monitor and attorneys, Department of Corrections central office staff, and staff and inmates at the facility, could unintentionally transmit the infection.

The parties have agreed that the Monitor will submit to the Court, in August 2020, an interim report in lieu of the report that would ordinarily issue which would have been based on information gathered before, during, and after the site visit.   This interim report will be based on written data and information that the Monitor has received, reviewed and analyzed, which the State submits to her during the monitoring period as a matter of course, as well as interviews the Monitor will conduct via phone or videoconference, and follow-up document reviews the Monitor may conduct.   This interim report may not cover every area of the consent decree, but will cover any areas that the Monitor deems appropriate and significant, based on the information she has reviewed.   The parties anticipate that the Monitor will focus the interim report on those requirements related to recruitment; staff training, selection, and hiring; overall staffing issues; staffing updates; use of overtime; staff attendance; and staff retentions; and any needed follow-up on issues identified by the Monitor during the review.   The parties agree that the on-site visits will continue every

---

[1]   Centers for Disease Control, Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities.   See especially pages 13-14. Available at https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html.

six months from the time of the rescheduled June 2020, on-site visit.

Respectfully submitted this 18th day of May, 2020.


| /s/ Samantha R. Miller | /s/ Carrie Ellis McCollum |
|---|---|
| SAMANTHA R. MILLER | Carrie Ellis McCollum |
| Assistant United States Attorney | General Counsel |
| **Attorney for Plaintiff** | Alabama Department Corrections |
| New York Bar No.: 5342175 | **Attorney for Defendants** |
| United States Attorney's Office | 301 S. Ripley Street |
| Post Office Box 197 | Montgomery, AL 36104 |
| Montgomery, AL  36101-0197 | Telephone: (334) 353-3885 |
| Telephone: (334) 223-7280 | E-mail: carrie.mccollum@doc.alabama.gov |
| E-mail: Samantha.Miller@usdoj.gov | |

Aaron S. Fleisher
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
Telephone: (202) 307-6457
E-mail: aaron.fleisher@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants.

/s/ Samantha R. Miller
Assistant United States Attorney