IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| STATE OF ALABAMA AND ) | CIVIL NO. 2:15-cv-368-MHT-SRW |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING
TUTWILER PRISON FOR WOMEN
"NINTH MONITOR REPORT"

Defendants, by and through counsel, hereby give notice of the filing of "Monitor's Ninth Compliance Report" in the above styled case. This Report is being filed pursuant to Section VIII(C), subpart 4, at page 40, of the Settlement Agreement executed and filed May 28, 2015 [Dkt No. 2], and approved by Order of this Court dated June 18, 2015 [Dkt No. 12].

A true and correct copy of the Report is attached and submitted herewith.

Respectfully Submitted,

/s/ Carrie Ellis McCollum
Carrie Ellis McCollum (ELL037)
General Counsel
Alabama Department of Corrections


/s/ Bart G. Harmon
Bart G. Harmon (HAR127)
Assistant Attorney General

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, Alabama 36130
(334-353-4859)

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice of such filing to all registered parties.

/s/ Carrie Ellis McCollum
Carrie Ellis McCollum (ELL037)
Alabama Department of Corrections
General Counsel
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501
Telephone: (334) 353-3884
Email: carrie.mccollum@doc.alabama.gov

**Aaron S Fleisher**
U S Department of Justice; Special Litigation Section
Civil Rights Division
Civil Rights Division
950 Pennsylvania Ave., NW
Washington, DC 20530
202-307-6457
Fax: 202-514-6903
Email: aaron.fleisher@usdoj.gov


**Mary Bohan**
United States Department of Justice, Special Litigation Sec.
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-616-2325
Fax: 202-514-6903

                                                /s/ Bart G. Harmon
                                                Bart G. Harmon (HAR127)
                                                Assistant General Counsel