IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv368-MHT |
| | ) | (WO) |
| STATE OF ALABAMA and | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The court found that the recent status conference, held by videoconference on September 29, 2020, was extremely useful in facilitating the court's oversight of the consent decree and this litigation in general. The court hopes that the discussion helped move this litigation closer to its resolution.

Accordingly, it is ORDERED that another status conference is set for September 29, 2021, at 10:00 a.m., by videoconferencing. The clerk of the court is to make appropriate arrangements. On or before September 24, 2021, the parties are instructed to file

a joint report explaining their understanding of the current status of the understaffing issue.

DONE, this the 1st day of October, 2020.

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**