IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv368-MHT |
| | ) | (WO) |
| STATE OF ALABAMA and | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The court found that the recent status conference, held by videoconference on September 29, 2021, was very useful in facilitating the court's oversight of the consent decree and this litigation in general.  Based on the representations made on the record on September 29, the court agrees with the monitor that holding a status conference after each biannual monitor report will be helpful to move this litigation closer to its resolution.  A status conference will, therefore, be held after the filing of each monitor report, with the

parties to file a separate or joint statement before each conference

Accordingly, it is ORDERED that:

(1) Another status conference is set for March 28, 2022, at 9:00 a.m., by videoconferencing. The clerk of the court is to make appropriate arrangements.

(2) On or before March 21, 2022, the parties are to file a statement, separately or jointly, as to the status of the consent decree. In addition, the defendants are to discuss, in their part of the statement, internal and informal benchmarks and timetables with regard to the recommendations and requirements discussed at the September 29 status conference.

DONE, this the 30th day of September, 2021.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE