IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv368-MHT |
| | ) | (WO) |
| STATE OF ALABAMA and | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the order entered on September 30, 2021 (Doc. 60), and based on the representations made on the record on March 28, 2022, it is ORDERED that:

(1) Another status conference is set for September 16, 2022, at 9:00 a.m., by videoconferencing. The clerk of the court is to make appropriate arrangements.

(2) On or before September 9, 2022, the parties are to file a statement, separately or jointly, as to the status of the consent decree. In the report(s), the parties should also update the court on how they are progressing with regard to the benchmark deadlines

discussed in their most recent joint status report (Doc. 62).

It is further ORDERED that the parties, with input from the Monitor, are to file, on or before April 4, 2022, a joint statement defining the APOSTC issue.

DONE, this the 29th day of March, 2022.

                                /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE