IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:15cv368-MHT
                             )             (WO)
STATE OF ALABAMA and         )
ALABAMA DEPARTMENT OF        )
CORRECTIONS,                 )
                             )
     Defendants.             )
```

**ORDER**

Based on the representations made on the record during a status conference on July 26, 2024, it is ORDERED that:

(1) The court will not take any further action at this time on the Department of Justice's objections to the Sixteenth Compliance Report.  Instead, the court will await the parties' anticipated joint motion and will take up any issues remaining at the next status conference.

(2) In future filings, the parties are to specify when they are bringing their concerns to the court's

attention for informational purposes only and when they are requesting that the court take action to resolve their disagreements.

DONE, this the 26th day of July, 2024.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE