IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:15cv368-MHT
                             )          (WO)
                             )
STATE OF ALABAMA and         )
ALABAMA DEPARTMENT OF        )
CORRECTIONS,                 )
                             )
     Defendants.             )
```

ORDER TERMINATING PORTIONS OF CONSENT DECREE

Having considered the parties' joint motion to terminate portions of the consent decree (Doc. 148), it is ORDERED that the motion is granted as follows:

(1) Based upon the written consent of the parties and the evidence before the court regarding the remedial efforts of the State of Alabama and its Department of Corrections, Sections III.A, III.B., III.D., III.E., III.F., III.G., III.H., III.I., III.J., III.K.1, III.K.3-4, III.K.10-11, III.K.13, III.K.17-18, III.L., III.M, and IV ("the terminated sections") of

the consent decree (Doc. 11) are immediately terminated. The parties agree that "the State satisfied, performed consistent with, and otherwise demonstrated sustained compliance with [the terminated sections]." Joint Motion (Doc. 148) at 2. As such, termination is final, and no party shall have the right to modify or enforce the terminated sections.

(2) Any and all monitoring activities with respect to the terminated sections shall cease immediately upon entry of this order. The United States may still obtain information relevant to the remaining provisions of the consent decree comprised of Sections III.C.1, III.C.2, III.K.2, III.K.5-9, III.K.12, and III.K.14-16. *See* Redlined Consent Decree (Doc. 148-1).

(3) The remaining provisions of the consent decree shall not be affected or altered in any way as a result of this order, though the court makes no ruling regarding the efficacy or necessity of such remaining provisions at this time.

(4) Except as otherwise provided by this order,

this order shall not alter or amend the opinion and order adopting the parties' transition plan (Doc. 113).

(5) The United States shall retain all currently existing rights under the consent decree regarding access to the facility, documents, information, inmates, and personnel, provided such access is "reasonably necessary to evaluate compliance with [the consent decree]" pursuant to consent decree Section VII.A.  Further, the United States may move the court to reinstate external monitoring for good cause.

(6) The State retains its right to move to terminate the consent decree at any time.

(7) The parties shall each bear their own attorney fees and costs.

(8) For the reasons stated above, the order contains no additional findings under the Prison Litigation Reform Act (42 U.S.C. § 1997(e)).

DONE, this the 4th day of October, 2024.

      /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**