IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv368-MHT |
| | ) | (WO) |
| **STATE OF ALABAMA** and | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that:

(1) The unopposed motion for extension of time (Doc. 155) is granted.

(2) The eighteenth monitoring report regarding Tutwiler's PREA investigations and staffing analysis, currently due on or before January 14, 2025, is now due on or before February 28, 2025.

Counsel for both sides having orally informed the court today that they do not object to resetting the February 2025 status conference in light of the above extension, it is further ORDERED that the status

conference, currently set for February 12, 2025, is continued to March 26, 2025, at 9:00 a.m., by videoconference, with the deadline for the parties to file a statement or statements as to the status of the consent decree adjusted accordingly. *See* Order (Doc. 153).

DONE, this the 27th day of November, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**