IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> **STATE OF ALABAMA and** ) <br> **ALABAMA DEPARTMENT OF** ) <br> **CORRECTIONS,** ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:15cv368-MHT <br> (WO) |

ORDER

Based on the representations made on the record on April 11, 2025, it is ORDERED that:

(1) Another status conference is set for July 25, 2025, at 9:00 a.m., by videoconference. The clerk of the court is to make appropriate arrangements.

(2) Ten business days before the status conference, the parties are to file a statement, separately or jointly, as to the status of the consent decree.

DONE, this the 14th day of April, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**