IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv368-MHT |
| | ) | (WO) |
| STATE OF ALABAMA and | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

At the status conference on August 28, 2025, the following representations were made:

(1) As to staffing, the plaintiff is preparing a proposal. The plaintiff would like to submit an interim report in three months as to the status of the proposal. The parties would also like the next status conference to be set in February 2026 to discuss whether they have been able to resolve this issue and, if not, what the next steps should be (including possible mediation).

(2) As to the PREA investigations, the parties are hopeful for resolution. They would like to have the

next status conference set in February 2026 to discuss where this issue stands--in particular, whether they have been able to resolve it in whole or in part and, if not fully resolved, what the next steps should be (including possible mediation).

    Accordingly, it is ORDERED that:

    (1) Another status conference is set for February 25, 2026, at 9 a.m., by videoconference.  The clerk of court is to make appropriate arrangements.

    (2) On or before December 22, 2025, the plaintiff is to file an interim report as to the status of the staffing proposal.

    (3) Ten business days before the status conference, the parties are to file a statement, separately or jointly, as to the status of the consent decree, including addressing the above.

    DONE, this the 28th day of August, 2025.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE