IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv368-MHT |
| | ) | (WO) |
| **STATE OF ALABAMA and** | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS,** | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

On October 12, 2025, a General Order, 2:25-mc-04043-ECM (Doc. 1), which states, in part, as follows, was entered:

> "IT IS HEREBY ORDERED that all civil litigation in which the United States, its federal agencies, or its officers and/or employees are named parties, or in which the United States Attorney for the Middle District of Alabama, any Assistant United States Attorney, or any Special Assistant United States Attorney is counsel of record ... is STAYED until appropriations are restored."

In accordance with this order, it is ORDERED that the proceedings in the case are stayed.  Upon receipt of

notice that appropriations are restored, the court and the parties will discuss how to proceed.

DONE, this the 22nd day of October, 2025.

                                           /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**