IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv368-MHT |
| | ) | (WO) |
| STATE OF ALABAMA and | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On October 21, 2025, plaintiff United States filed a notice informing the court that, due to the lapse of Congressional appropriations, the Department of Justice had to cease work on this case. Plaintiff's notice drew attention to a number of upcoming dates and deadlines that might be affected by the lapse. In particular, it noted a site visit scheduled for October 27, 2025, that plaintiff's lawyers would be unable to attend, several downstream deadlines that depend on that site visit, and a December 22, 2025, joint

staffing proposal deadline that requires interim discussions between the parties.

The day after plaintiff filed its notice, the court stayed proceedings pursuant to a general order until appropriations were restored.  Those appropriations were restored on November 13, 2025. Accordingly, it is ORDERED that:

(1) The stay of this case is lifted.

(2) Plaintiff United States shall, as suggested in its notice (Doc. 188), confer with defendants about the dates and deadlines mentioned in that notice.

(3) By December 2, 2025, plaintiff and defendants shall file an agreed-upon joint status report with the court describing when the site visit occurred or will occur, identifying what future deadlines and hearings, if any, should be changed, and proposing new dates for any changed deadlines or hearings.

DONE, this the 17th day of November, 2025.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE