IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:15cv368-MHT
                             )              (WO)
STATE OF ALABAMA and         )
ALABAMA DEPARTMENT OF        )
CORRECTIONS,                 )
                             )
     Defendants.             )

ORDER

Following the August 28, 2025, status conference, the court ordered the parties to discuss two issues: (1) plaintiff's proposal to resolve staffing concerns; and (2) the residual dispute over PREA investigations. *See* Order Following Status Conference (Doc. 183).  As reflected in the court's order, the parties were contemplating possible mediation on both issues.  *See id.*

Accordingly, it is ORDERED that this case is referred for mediation with Judge John Ott to discuss issues including, but not limited to, plaintiff's

proposal for resolving staffing concerns and the residual dispute over PREA investigations.

DONE, this the 9th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE