IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
      Plaintiff,            )
                            )        CIVIL ACTION NO.
      v.                    )         2:15cv368-MHT
                            )            (WO)
STATE OF ALABAMA and        )
ALABAMA DEPARTMENT OF       )
CORRECTIONS,                )
                            )
      Defendants.           )

ORDER

Based on the representations made on the record at the status conference on April, 14, 2026, it is ORDERED that:

(1) By April 24, 2026, plaintiff United States of America shall respond to the motion to terminate the consent decree (Doc. 207).  In its response, plaintiff shall, among other things, indicate whether it will need discovery; state whether it is requesting an evidentiary hearing; and provide an estimate of how long a hearing would take and how many witnesses plaintiff would call.

(2) By April 24, 2026, plaintiff shall also indicate whether it is requesting to postpone the automatic stay pursuant to 18 U.S.C. § 3626(e)(3), and, if so, file a brief in support. Although plaintiff represented that it might wait until after April 24 to request a postponement, the court cannot leave open the time for making a request, for defendant will need an opportunity to respond and the court will need time to decide the matter, and perhaps even hold oral argument.

DONE, this the 14th day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE