IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:15cv368-MHT
                             )             (WO)
STATE OF ALABAMA and         )
ALABAMA DEPARTMENT OF        )
CORRECTIONS,                 )
                             )
     Defendants.             )

ORDER FOR STATUS CONFERENCE AND PROPOSAL REGARDING
DISCOVERY AND EVIDENTIARY HEARING

Having reviewed the parties' submissions regarding the motion to terminate the consent decree, the court is doubtful it can resolve the motion on the existing record. Because plaintiff has objected to termination, the court will hold an evidentiary hearing. *See Cason v. Seckinger*, 231 F.3d 777, 783 (11th Cir. 2000); *see also* Pl.'s Resp. to Mot for Termination (Doc. 213) at 5 (requesting evidentiary hearing if the court decides additional evidence is needed to assess the motion). At the evidentiary hearing, the court expects to hear evidence regarding (1) the alleged current and ongoing

violations of inmates' constitutional rights at Julia Tutwiler Prison for Women; (2) the State's compliance or noncompliance with the remaining provisions of the consent decree; and (3) arguments about whether those sections of the consent decree still meet the needs-narrowness-intrusiveness standard of the PLRA. *See* 18 U.S.C. § 3626(b)(3).

Accordingly, it is ORDERED that:

(1) By Wednesday, May 13, 2026, at 5:00 p.m., the parties should file a detailed joint proposal for an expedited discovery and hearing process, that includes, but is not limited to, the following: proposed dates for the hearing; how long the hearing should last; number of witnesses (lay and expert) per side; what expert witness information should be exchanged and when; deadlines for producing witness and exhibit lists; and expedited deadlines for requesting and producing written discovery and documents not already obtained through the normal monitoring process.

2

(2) A status conference is set for Thursday, May 14, 2026, via Zoom, at 2:00 p.m., to discuss the proposal.

DONE, this the 8th day of May, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE