IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA,  )
                               )
    Plaintiff,        )
                               )     CIVIL ACTION NO.
    v.                 )      2:15cv368-MHT
                               )        (WO)
STATE OF ALABAMA and    )
ALABAMA DEPARTMENT OF    )
CORRECTIONS,         )
                               )
    Defendants.       )

SCHEDULING ORDER

Based on the representations made on the record at the status conference on May 14, 2026, and in the parties' joint proposal for expedited discovery and hearing (Doc. 229) regarding the defendants' motion for termination of consent decree (Doc. 207), it is ORDERED that:

(1) An in-person evidentiary hearing is set to begin Thursday, September 3, 2026, at 9:00 a.m., and to conclude no later than Thursday, September 10, in

Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The court understands that some witnesses may be unavailable September 3-4; the parties should arrange for those witnesses to testify the week of September 8, 2026.  If this schedule is untenable, the parties shall alert the court as soon as possible. The court has attempted to accommodate the conflicts identified by defense counsel.

(2) A pre-hearing conference is set for August 31, 2026, at 10:00 a.m., via videoconference.

(3) The parties shall file pretrial briefs by August 21, 2026.  Pretrial briefs should include a preview of expected evidence, including anticipated expert testimony, and discussion of the relevant legal standards.

(4) The parties shall file expert reports and any supplemental joint stipulated facts (see deadline for initial stipulated facts below) by August 14, 2026.

(5)   The court also adopts the following deadlines from the parties' Joint Proposal for Expedited Discovery and Hearing (Doc. 229):

(A) August 7, 2026, is the final day to conduct any expert deposition or site visit.  Each party is restricted to three depositions.  The plaintiff shall be entitled to conduct one expert site visit to be scheduled at a time that is mutually convenient for the parties.

(B) July 29, 2026, is the deadline for the parties to file exhibit and witness lists.

(C) July 24, 2026, is the deadline for the defendants to designate any experts and provide the plaintiff with expert reports.

(D) July 3, 2026, is the deadline for the following: the plaintiff to respond to the defendants' document request, to designate experts, and to provide expert reports; and the parties to file initial joint stipulated facts.

(E) June 5, 2026, is the deadline for the defendants to respond to the plaintiff's document requests.

(F) May 27, 2026, is the deadline for the defendants to send their document requests to the plaintiff.

DONE, this the 15th day of May, 2026.

　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE