**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:15-cv-00368-MHT** |
| | ) | |
| **STATE OF ALABAMA AND** | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THE STATE'S NOTICE OF FILING
<u>TWENTY-FIRST COMPLIANCE REPORT</u>**

Pursuant to Section VIII.C.4. of the Consent Decree, the State of Alabama and

the Alabama Department of Corrections ("<u>ADOC</u>" and, together with the State of

Alabama, the "<u>State</u>"), hereby give notice of filing of the Twenty-First Compliance

Report.  (Doc. 148-1 at 120).  A true and correct copy of the Twenty-First

Compliance Report is attached here as **<u>Exhibit A</u>**.

Dated: July 8, 2026

/s/ *Megan M. Everett*
Megan M. Everett
*One of the Attorneys for the State*

William R. Lunsford
Megan M. Everett
Lynette E. Potter
Daniel J. Chism

**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
megan.everett@butlersnow.com
lynette.potter@butlersnow.com
daniel.chism@butlersnow.com

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 8th day of July 2026:

James Joseph DuBois
**U.S. ATTORNEY'S OFFICE**
P.O. Box 197
Montgomery, AL 36101
Telephone: (334) 223-7280
james.dubois2@usdoj.gov

Stephen D. Wadsworth
**U.S. ATTORNEY'S OFFICE**
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

Kerry Krentler Dean
**U.S. DEPARTMENT OF JUSTICE**
**CIVIL RIGHTS DIVISION**
950 Pennsylvania Avenue NW
4con, 10th Floor
Washington, DC 20530
Telephone: (202) 532-5816
kerry.k.dean@usdoj.gov

Christopher N. Cheng
**U.S. DEPARTMENT OF JUSTICE**
**CIVIL RIGHTS DIVISION**
4 Constitution Square
150 M. Street NW
Suite 10.1128
Washington, DC 20530
Telephone: (202) 353-5012
Christopher.Cheng@usdoj.gov

Ashley N. Light
**U.S. DEPARTMENT OF JUSTICE**
**CIVIL RIGHTS DIVISION**
**SPECIAL LITIGATION SECTION**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 718-2258
Ashley.Light@usdoj.gov

*/s/ Megan M. Everett*

Of Counsel

3