# Exhibit A

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| v. | **)** | **Case No. 2:15-cv-00368-MHT** |
| | **)** | |
| **STATE OF ALABAMA AND** | **)** | |
| **ALABAMA DEPARTMENT OF** | **)** | |
| **CORRECTIONS,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

---

**TWENTY-FIRST MONITOR'S REPORT**
**INTERNAL MONITOR'S SIXTH COMPLIANCE REPORT**

---

**TABLE OF CONTENTS**

I.   Introduction ............................................................................................................. 3

     A.   Overview ...................................................................................................... 3

     B.   Specific Actions to Evaluate Compliance.................................................... 8

     C.   Monitoring Tool ........................................................................................... 9

II.  Executive Summary ................................................................................................ 10

     A.   Intent of the Report .................................................................................... 10

     B.   Alabama Department of Corrections: Progress, Strengths, and Challenges......... 11

III. Findings................................................................................................................... 13

     A.   Staffing (Opening Paragraph of Section III.C.) ........................................ 13

          i.    Tutwiler's Staffing-Levels ................................................................. 21
          ii.   Recruitment Initiatives....................................................................... 37
          iii.  Retention Initiatives .......................................................................... 43

IV.  Alabama Strengths ................................................................................................. 47

     A.   Leadership from the Alabama Department of Corrections .................................. 48

     B.   Tutwiler Leadership ................................................................................... 48

     C.   ADOC Recruitment .................................................................................... 49

     D.   Salary Increase ........................................................................................... 50

V.   Alabama Challenges ............................................................................................... 51

     A.   Staffing Challenges-Recruitment and Retention of Women ............................. 51

VI.  Closing Observations............................................................................................. 52

I.     INTRODUCTION

A.     OVERVIEW

The State of Alabama (the "State") and the United States Department of Justice (the "DOJ" and with the State, the "Parties") entered into a Settlement Agreement on May 28, 2015. (Doc. 2). The Court entered a Consent Decree on June 18, 2015, providing forty-four provisions related to the safety and security of the women offenders assigned at the Julia Tutwiler Prison for Women, ("Tutwiler") a maximum-security prison in Wetumpka, Alabama operated by the Alabama Department of Corrections ("ADOC").   (Doc. 11, the "Consent Decree").   This is the 21st Compliance Report, and the sixth report submitted by the Internal Monitor Deidra Wright (the "21st Compliance Report").   This report covers July 1, 2025, through December 31, 2025, (the "Reporting Period").

On July 22, 2023, the State appointed Ms. Wright to serve as the Compliance Director to oversee Tutwiler's compliance with the Consent Decree (the "Internal Monitor").   The Internal Monitor possesses sufficient expertise, time, and authority to oversee compliance with the Consent Decree.   The transition of the compliance evaluation function from external monitoring to a system of internal evaluation was agreed upon with the DOJ, and the Court approved Ms. Wright as the Internal Monitor on October 27, 2023.   (Doc. 113).   ADOC continues to self-identify and self-correct issues related to provisions and to monitor and sustain those provisions that are currently in substantial compliance.

On October 4, 2024, the Court granted the Parties' joint motion to terminate sections of the Consent Decree, terminating Sections III.A, III.B., III.D., III.E., III.F., III.G., III.H., III.I., III.J., III.K.1, III.K.3-4, III.K.10-11, III.K.13, III.K.17-18, III.L., III.M, and IV (the "Terminated Sections").   (Doc. 152).   On May 8, 2026, the Court terminated additional sections of the Consent Decree, including III.C.1, III.C.2.viii-x, III.K.2, III.K.5-9, III.K.12, and III.K.14-16 based upon

Plaintiff's written consent.  (Doc. 225).  The purpose of this compliance report is to document a thorough review of ADOC and Tutwiler's progress in complying with the remaining substantive provisions listed in the Consent Decree, specifically the opening paragraph of III.C and sections III.C.2.i-vii relating to staffing.  (the "Remaining Sections").

On May 28, 2026, the Internal Monitor conducted an onsite visit of Tutwiler.  The Internal Monitor met with key staff members who oversee operations regarding the Remaining Sections of the Consent Decree.  The following individuals attended the meeting: Warden John Hudson, Warden LaCedrick Green, Captain Brandon Thornton, Captain Willie Marvin, Captain Tionee Baskin (the Resource Planning Unit Coordinator) and Deputy Commissioner of Women's Services, Neicole Molden.

During the meeting, Warden John Hudson and Warden LaCedrick Green provided updates on Tutwiler's progress during the Reporting Period.  Warden Hudson advised the Internal Monitor of the progress made regarding staffing levels at Tutwiler.  As stated in the 20th Compliance Report, ADOC Commissioner John Hamm authorized 11 Correctional Officers ("CO") from Kilby Correctional Facility ("Kilby") to transfer to Tutwiler effective September 1, 2025.  Kilby Correctional Officers work a six-month rotation at Tutwiler.  The COs from Kilby can remain at Tutwiler after the completion of the six-month rotation.  ADOC will continue the six-month rotation from Kilby for the foreseeable future.  (ADOC-Tutwiler 010408).  Warden Hudson informed the Internal Monitor that the Kilby initiative strengthened Tutwiler's staffing level; the Internal Monitor will expand on Tutwiler's staffing later in this report.

During the meeting on May 28, 2026, the Internal Monitor discussed the new automated tool for the scheduling of staff at Tutwiler with Captain Tionee Baskin.  Captain Baskin shared helpful insight on the new automated tool for scheduling, called "TeleStaff," which is an

automated staff-scheduling and workforce system. Captain Baskin stated that the TeleStaff system is beneficial to Tutwiler in managing post assignments and identifying the coverage for critical posts. Furthermore, TeleStaff is valuable in managing overtime. The Warden and his executive staff review Telestaff data daily. The review includes an overview of posts being covered, staff overtime, closed posts, and re-assigned officers to cover unforeseen events, such as hospital emergency transportation.

During the review of TeleStaff rosters, the Internal Monitor observed that when an officer covers more than one post due to unforeseen incidents, the officer's name does not appear on the secondary post assignment. Facility leadership and Captain Baskin explained that the Telestaff system does not permit an employee's name to be listed simultaneously on multiple posts. Captain Baskin advised that Tutwiler has started documenting instances where an officer covers more than one post in the "notes" on the Telestaff roster in an effort to provide clarification regarding post coverage. Given the recent implementation of the TeleStaff system, the Internal Monitor recognizes that operational adjustments may be necessary. Nevertheless, staffing records reflect post coverage so that it can be determined whether all required posts received staffing.

The Internal Monitor observed institutional operations related to the remaining Consent Decree provisions. The facility tour consisted of the Main Facility and the Annex. The Internal Monitor visited housing units and observed a CO and/or a Correctional Security Guard ("CSG") assigned to each area visited. The Internal Monitor engaged in discussions with staff members assigned to various posts regarding staffing and overtime. During the discussions with staff members, the Internal Monitor did not receive any complaints relating to the staffing coverage at Tutwiler. In addition, the Internal Monitor inquired about overtime worked at the facility. All staff members attested to working voluntarily and/or mandatory overtime. According to staff

comments, overtime represents an expected part of the job, provides valuable additional income, and reflects the shift's teamwork in completing required duties. One employee expressed limited enthusiasm for working overtime; however, the employee acknowledged awareness of the mandation order and noted that it provides helpful guidance. During the onsite visit, the Internal Monitor spoke with inmates housed in several living areas. During the discussions with the inmates, the Internal Monitor did not receive any complaints regarding staffing at Tutwiler. The conversations also addressed the inmates' perceptions of safety at Tutwiler. Each inmate I interviewed stated that she felt safe while incarcerated at the facility.

The Internal Monitor used observations made during the visit, combined with information gathered through staff and inmate discussions, to evaluate Tutwiler's continued efforts to promote a culture of safety and compliance with the Consent Decree. The visit contributed to the Internal Monitor's evaluation of institutional practices, as well as identification of continued progress and improvement concerning Tutwiler's staffing. Tutwiler practices observed during the visit appeared to be safe and consistent with the Consent Decree and adequate staffing levels.

On May 29, 2026, the Internal Monitor met with Mr. Stan Goolsby, ADOC Deputy Commissioner ("Deputy Commissioner Goolsby"). During the meeting, Deputy Commissioner Goolsby provided a comprehensive overview of ADOC's recruitment and retention initiatives. He discussed strategic efforts implemented to attract qualified candidates, strengthen staffing levels, and improve employee retention across ADOC. Deputy Commissioner Goolsby highlighted ongoing recruitment events, including partnership with educational institutions and community organizations for the ACTIVATE Program. Deputy Commissioner Goolsby also discussed measures taken to streamline the hiring process and reduce barriers that may delay employment opportunities for prospective candidates. Regarding retention, Deputy Commissioner Goolsby

emphasized ADOC's commitment to maintaining a stable workforce. The discussion reflected a proactive and sustained approach to addressing staffing challenges.

The State achieved substantial compliance with the Remaining Sections of the audit tool for the 21st Report ("Monitoring Tool") filed contemporaneously with this Report. The Internal Monitor determined ADOC met the requirements for the Remaining Sections, (addressing low staffing levels (the opening paragraph of III.C.); and overall staffing issues, staffing updates, use of overtime, staff attendance, and staff retention (III.C.2.i-vii)). Tutwiler's staffing level increased during the Reporting Period (staffing details will be discussed later in this Report). ADOC and Tutwiler continue to prioritize staffing, and the State continues to work diligently to increase staffing at Tutwiler.

In addition to the Internal Monitor's narrative report summarizing the State's adherence to the Consent Decree, the Internal Monitor utilized the modified Monitoring Tool that contains the Remaining Sections of the Consent Decree. The DOJ and the former monitors established the Monitoring Tool to determine the level of compliance. The Monitoring Tool depicts the Internal Monitor's compliance assessment of each of the Remaining Sections and corresponding subsections contained in the Consent Decree. Each section in the Monitoring Tool includes the specific requirements for the corresponding provisions of the Consent Decree. The Internal Monitor determined the "Measures of Compliance" for each provision in the Monitoring Tool. The Internal Monitor's evaluation of compliance for each section and its specific requirements derives from discussions with staff and inmates, a tour of the facility, document review, and communications with ADOC through emails. The Internal Monitor documents the findings for each section in the box titled "Monitor's Discussion."

This Report addresses all Remaining Sections of the Consent Decree and the results of the

Monitoring Tool.  For each remaining Consent Decree requirement, the Internal Monitor offers a finding of the degree of current compliance.  The Consent Decree uses four levels to measure compliance: substantial compliance, partial compliance, non-compliance, and not applicable; however, currently, all requirements of the Remaining Sections are applicable.  This Report contains detailed information utilized by the Internal Monitor to determine compliance for the Reporting Period.

**B.**     **SPECIFIC ACTIONS TO EVALUATE COMPLIANCE**

The Internal Monitor took the following specific actions to evaluate compliance:

**(1)**     **Compliance Meeting:** The Internal Monitor met with key staff to gain insight of ADOC and Tutwiler's procedures and processes for compliance with the Consent Decree.  The Internal Monitor met with ADOC staff including the facility's Warden III, Warden I, Compliance Captain, Facility Captain, Resource Planning Unit Coordinator Deputy Commissioner of Women's Services, and other staff and inmates.  The Internal Monitor met with the following staff members:

*Alabama Department of Corrections – Central Office Staff*

- Mr. Stan Goolsby, ADOC Deputy Commissioner.

- Ms. Tionee Baskin, ADOC Resource Planning Unit Coordinator.

- Ms. Neicole Molden, Deputy Commissioner of Women's Services.

*Tutwiler Prison for Women – Facility Staff*

- Captain Brandon Thornton, Settlement Compliance Manager;

- Mr. John Hudson, Warden III;

- Mr. LaCedrick Green, Warden I;

- Mr. Willie Marvin, Captain

- Other Tutwiler staff and inmates

**(2)    Compliance Visit:** The Internal Monitor conducted a site visit of Tutwiler on May 28, 2026.  The Internal Monitor had access to staff and inmates during the site visit and Tutwiler afforded the Internal Monitor opportunities to engage in conversations with both staff and inmates while touring the facility.

**(3)    ADOC Central Office Visit:** The Internal Monitor met with Deputy Commissioner Stan Goolsby to discuss Recruitment and Retention efforts.

**(4)    Documents:** The Internal Monitor reviewed ADOC and Tutwiler documents for this Reporting Period.

**(5)    Third-Party Correspondence:** The Internal Monitor did not receive third-party correspondence during this Reporting Period.  The Internal Monitor's correspondence information is posted throughout the Tutwiler facility.  The email account and mailbox at ADOC Central Office are still being utilized and monitored for the Internal Monitor to receive information from inmates' family members and/or third parties.

**(6)    20th Compliance Report:** The Internal Monitor reviewed the 20th Compliance Report.

**C.    MONITORING TOOL**

The Internal Monitor utilized the Monitoring Tool to document feedback, make recommendations/comments for each provision, and establish performance expectations and outcomes for ADOC and Tutwiler.  The Monitoring Tool provides a structured format for documenting the facility's efforts to establish staffing levels according to Tutwiler's Staffing Analysis (ADOC-Tutwiler 05709-ADOC-Tutwiler 05738).  The Monitoring Tool enables trend analysis over time to identify recurring issues, track progress in implementing each provision, and reveal improvements in ADOC and Tutwiler's performance.  Recommendations made on the Monitoring Tool establish performance expectations for ADOC and Tutwiler in order to satisfy compliance requirements for a particular provision of the Consent Decree during the next six-

month period. By utilizing the Monitoring Tool that is tailored to document feedback, recommendations, and performance expectations for each provision, ADOC and Tutwiler can sustain substantial compliance.

## II.     EXECUTIVE SUMMARY

### A.     INTENT OF THE REPORT

This Report will give the Court and the respective parties an assessment of the current progress and status of ADOC and Tutwiler's compliance with the Consent Decree's Remaining Provisions. The Consent Decree and this Report discuss "Compliance" in the following terms: substantial compliance, partial compliance, and noncompliance.

- "Substantial compliance" indicates that ADOC and Tutwiler have achieved material compliance with most or all components of the relevant provision of the Consent Decree.

- "Partial compliance" indicates that ADOC and Tutwiler have achieved material compliance on some of the components of the relevant provision of the Consent Decree, but significant work remains.

- "Noncompliance" indicates that ADOC and Tutwiler have not met most or all the components of the relevant provision of the Consent Decree.

- "Material compliance" requires that, for each provision, ADOC and Tutwiler have developed and implemented a policy incorporating the requirement, trained relevant personnel on the policy, and relevant personnel are complying with the requirement in actual practice.

(Doc. 148-1 at 8). The Consent Decree states, "Compliance with the Agreement will be measured both by whether the technical provisions are implemented and whether women at Tutwiler are provided a safe and secure environment free of sexual abuse and sexual harassment as required by the United States Constitution." (Doc. 148-1 at 21). The Internal Monitor compiled this Report by the actions below:

- Utilizing the Consent Decree, along with provisions and the specific requirements from the Monitoring Tool.

- Reviewing the 20th[th] Compliance Report along with comments and suggestions made by the DOJ.

- Requesting and reviewing documents to assess the extent in which ADOC and Tutwiler's processes and actions meet the requirements of the remaining provisions and sections of the Consent Decree.

- Following up and requesting additional information for document review to support compliance with the Consent Decree.

- Conducting an onsite compliance visit of Tutwiler.

- Meeting with key staff members that maintain pertinent information and direct responsibilities for the Consent Decree's implementation.

- Meeting with Deputy Commissioner Stan Goolsby.

- Providing recommendations to assist ADOC and Tutwiler on the remaining compliance with the provisions.

B.    ALABAMA DEPARTMENT OF CORRECTIONS: PROGRESS, STRENGTHS, AND CHALLENGES

The Internal Monitor determined that the State achieved substantial compliance with remaining "Staff" sections of the Monitoring Tool.  ADOC and Tutwiler continue to maintain substantial compliance due to, in sum, the following actions by ADOC and Tutwiler:[1]

- Focusing on retention and recruitment of staffing. ADOC hosted multiple hiring events to assist with recruiting and retention. (ADOC-Tutwiler 016927 and 016922).

- Continuing to utilize TeleStaff to assist ADOC and Tutwiler's ability to staff critical posts, monitor

---

[1] The below list attempts to memorialize some of the more substantial efforts taken by ADOC and Tutwiler in sustaining substantial compliance with the Consent Decree.  However, this Report discusses many more efforts taken by ADOC and Tutwiler in complying with the Consent Decree.

- mandatory overtime, and enhance staff wellbeing.

- Demonstrating a sustained commitment to achieving and maintaining compliance with the Consent Decree and supporting the findings of substantial compliance by:

  o Sustaining Recruitment and Retention efforts.

  o Increasing staffing levels compared to previous reporting periods.

  o Reducing vacancies and turnover rates.

  o Evidencing that inmates' safety and security are not being compromised.

  o Demonstrating compliance maintained over multiple monitoring periods.

Per the Consent Decree, "in order to address low staffing levels and the need for more women officers, ADOC and Tutwiler shall ensure that correctional staffing and supervision is sufficient to adequately supervise inmates and staff and allow for the safe operation of Tutwiler." (Doc. 148-1 at 30). The Consent Decree does not define "adequate staffing;" however, ADOC continued to focus on recruiting and retaining officers to meet the staffing levels identified in the latest staffing analysis completed in November 2024 (the "2024 Staffing Analysis"). ADOC and Tutwiler substantially complied with the opening paragraph of III.C and sections III.C.2.i-vii contained in the Monitoring Tool, focused on: (1) addressing low staffing levels (opening paragraph of III.C.); and (2) developing and implementing the staffing analysis and staffing plan. (III.C.2.i-vii).

During this Reporting Period, the Internal Monitor continued to monitor Staffing for the 21st Compliance Report:

- The overall vacancy rate of correctional officer positions:

  o For the current Reporting Period, Tutwiler reported a vacancy rate for security officers of 35.73%, which decreased from June 2025 (47.4%) and stayed consistent with October

2025 (35.4%). The vacancy rate will be discussed later in this report.

o   ADOC and Tutwiler continue to focus on the efforts of recruiting and retention that encompassed a variety of strategies and initiatives aimed at attracting and retaining staff. Additionally, ADOC shifted resources from Kilby to Tutwiler to assist with staffing levels. Recruitment and retention strategies and initiatives will be discussed later in this report.

## III.    FINDINGS

### A.    STAFFING (OPENING PARAGRAPH OF SECTION III.C.)

The opening paragraph of Section III.C. of the Consent Decree states, "In order to address low staffing levels and the need for more women officers, ADOC and Tutwiler shall ensure that correctional staffing and supervision is sufficient to adequately supervise inmates and staff and allow for the safe operation of Tutwiler." (Doc. 148-1 at 30). ADOC and Tutwiler continue to work towards the staffing level according to the Staffing Analysis. As of the end of the Reporting Period, Tutwiler achieved a vacancy rate of 35.73%. (ADOC-Tutwiler 021617). ADOC and Tutwiler continue to improve staffing and coverage of posts at Tutwiler as demonstrated by the below efforts and staffing-level increases.

ADOC implemented several policies in an effort to comply with the opening paragraph of Section III.C. ADOC reassigned 11 officers from Kilby to serve 6-month rotations at Tutwiler. (ADOC-Tutwiler 010408). At the end of the rotation, any officers who would like to stay at Tutwiler will be allowed to transfer permanently. (Id.). According to Tutwiler leadership, the addition of new officers and the officers from Kilby eliminated the need for officers from other facilities to work overtime at Tutwiler. If needs change, ADOC will continue to allow trained officers from other facilities to work overtime at Tutwiler.

The Internal Monitor reviewed ADOC-Physical Agility/Ability Summary data for the APOSTC and Lateral/Refresher Classes conducted at ADOC Academy. (ADOC-Tutwiler 021579, ADOC-Tutwiler 021584 and ADOC-Tutwiler 021592). During the Reporting Period, ADOC conducted two APOSTC classes and one Lateral/Refresher Classes. (Id.). The results of the Academy Physical Agility/Ability Summary indicate that the ADOC-PAAT requirements and ADOC's recruiting strategies continue to work. During this Reporting Period, ADOC's Training Academy class enrollment size increased compared to the enrollment in the 20th Compliance Report. The 21st Compliance Report provided for a total class size of 265 trainees for the Reporting Period of July 1, 2025, to December 31, 2025. (ADOC-Tutwiler 021579, ADOC-Tutwiler 021584 and ADOC-Tutwiler 021592). The modification to the PAAT continues to provide a positive impact on the success rate overall. ADOC-PAAT results are listed below for the last six Reporting Periods.

The 16th Compliance Report addressed the modified PAAT requirements applied to three classes:

- APOSTC Class 2023-01-January 30, 2023–consisted of 24 trainees; 12 females and 12 males. Two females failed the physical fitness requirements.

- APOSTC Class 2023-01*-Lateral/Refresher-May 15, 2023– five out six refresher candidates attempted and passed the physical requirements. One candidate withdrew/not tested.

- APOSTC Class 2023-02-April 17, 2023–three females failed the physical agility course out of 17 female Trainees.

The impact of the modified PAAT requirements also applied to four classes during the 17th Reporting Period:

- APOSTC Class 2023-03-July 10, 2023—consists of 67 trainees; 17 females and 50 males. Two females failed the physical fitness requirements.

- APOSTC Class 2023-02*-Lateral/Refresher-September 25, 2023—nine out nine refresher candidates attempted and passed the physical requirements.

- APOSTC Class 2023-04-October 9, 2023- consists of 69 trainees; 16 females and 53 males.  Two females failed the physical fitness requirements.

- APOSTC Class 2023-03*-Lateral/Refresher-November 27, 2023—three out of four male refresher candidates attempted and passed the physical requirements.  One male failed the physical requirements.

The impact of the ADOC-PAAT requirements also applied to four classes during the 18th

Reporting Period:

- APOSTC Class 2024-01-January 29, 2024—consists of 70 trainees; 15 females and 55 males.  Three females and one male failed the physical fitness requirements.

- APOSTC Class 2024-01-Lateral/Refresher-March 4, 2024—seven out seven refresher candidates attempted and passed the physical requirements.  The class consisted of one female and six males.

- APOSTC Class 2024-02-April 15, 2024- consists of 54 trainees; 17 females and 37 males. One female failed the physical fitness requirements. All 37 males passed the class.

- APOSTC Class 2024-02-Lateral/Refresher-May 13, 2024—eight out of eight refresher candidates attempted and passed the physical requirements.  The class consisted of two females and five males.

The impact of the ADOC-PAAT requirements also applied to four classes during the 19th

Reporting Period:

- APOSTC Class 2024-03-July 8, 2024—consists of 70 trainees; 16 females and 54 males.  Four females and six males failed the physical fitness requirements. A total of 5 candidates withdrew/not tested; 1 female and 4 males.

- APOSTC Class 2024-03-Lateral/Refresher-September 23, 2024—seven out of seven refresher candidates attempted and passed the physical requirements.  The class consisted of one female and six males.

- APOSTC Class 2024-04-September 30, 2024- consists of

105 trainees; 34 females and 71 males.  One female failed the physical fitness requirements.  All 71 males passed the class.

- APOSTC Class 2024-04-Lateral/Refresher-December 9, 2024—three out of three refresher candidates attempted and passed the physical requirements.  The class consisted of one female and two males.

The impact of the ADOC-PAAT requirements also applied to four classes during the 20th

Reporting Period:

- APOSTC Class 2025-01-January 27, 2025—consists of 158 trainees: 54 females and 104 males. 28 females and 11 males failed the physical fitness requirements. A total of 10 candidates withdrew/not tested: 4 female and 6 males. All passed by the end of the academy.

- APOSTC Class 2025-01-Lateral/Refresher-March 3, 2025—five out of five refresher candidates attempted and passed the physical requirements.  The class consisted of 0 females and 5 males.

- APOSTC Class 2025-02-April 14, 2025- consists of 105 trainees: 35 females and 70 males.  11 females and 5 males failed the physical fitness requirements. A total of 6 candidates withdrew/not tested; 1 female and 5 males.  All passed by the end of the academy.

- APOSTC Class 2025-02-Lateral/Refresher-May 12, 2025— consists of 5 refresher candidates: 1 female and 4 males.  1 female failed the physical fitness requirements.  The 1 female passed by the end of the training.

The impact of the ADOC-PAAT requirements also applied to three classes during the

current Reporting Period:

- APOSTC Class 2025-03 enrolled 120 trainees: 30 females and 90 males: Tested 116 (29 females and 87 males); 7 females and 3 males failed the physical fitness requirements. All candidates attempted the week one tests, 2 later did not retest.  A total of 114 trainees passed by the end of the academy, 85 males and 29 females.

- APOSTC Class 2025-04 enrolled 153 trainees: 45 females and 108 males.  Tested 146 (44 females and 102 males) 0 females and 1 male failed the physical fitness requirements

        but passed the second test. A total of 8 candidates withdrew/not tested. All of the 145 total trainees passed by the end of the academy, 102 males and 43 females.

- APOSTC Class 2025-03 Lateral/Refresher consists of 3 refresher candidates: 3 female and 0 males. All participants passed the physical fitness requirements.

The above numbers demonstrate the continued increase in enrollment of trainees in the Training Academy, demonstrating ADOC's continued successful efforts at increasing staffing at Tutwiler.

**Compliance Rating:** Substantial Compliance

Section III.C.2. of the Consent Decree seeks the development of a staffing analysis and staffing plan, based on gender-responsive principles and PREA requirements, which provides for adequate staffing levels and, where applicable, video monitoring, to protect inmates against sexual abuse and sexual harassment. (Doc. 148-1 at 34-35).

As to video monitoring, ADOC replaced and installed new cameras at Tutwiler to expand coverage in key living areas, dormitory bathrooms entry/exit points and other locations within the facility. In September 2025, ADOC completed the process of replacing and adding cameras at Tutwiler. (ADOC-Tutwiler 015490). ADOC added additional cameras to bathroom entry/exit points in dorms: A, B, C, D, F, G, H, I, J, N, and O. (ADOC-Tutwiler 015491). Tutwiler continues to use the camera system as a tool to support supervision, while correctional officer rounds remain an important component of facility oversight.

As to the staffing analysis, ADOC, through its Resource Planning Unit, updated the staffing analysis for Tutwiler in November 2024. (ADOC-Tutwiler 05709-05738). Utilizing the 2024 Staffing Analysis, Tutwiler updated its Staffing Plan Standard Operating Procedure ("SOP 9-6") on December 11, 2025. (ADOC-Tutwiler 014241).

The 2024 Staffing Analysis and SOP 9-6 include the following:

- Identification of all posts and positions at Tutwiler,

including any gender- specific posts required for the safe operation of the facility;

- Shift relief factor for Tutwiler; and

- Policies and procedures for reviewing and amending Tutwiler's staffing plan.

Additionally, Section III.C.2.ii. of the Consent Decree states ADOC will consider 11 different factors when "calculating adequate staffing levels." (Doc. 148-1 at 35). These factors consist of the following:

- Generally accepted detention and correctional practices;

- ADOC and Tutwiler's determination of which necessary duties will be handled by Tutwiler staff, ADOC staff, or outside agencies;

- Any findings of inadequacy from any investigative agencies within ADOC;

- Any findings of inadequacy from internal or external oversight bodies;

- The camera management plan and all components of the facility's physical plant;

- The composition of the inmate population;

- The number and placement of supervisory staff;

- Institution programming and options for supervision of inmates;

- A Tutwiler specific shift relief-factor;

- Any applicable state or local laws, regulations, or standards; and

- The prevalence of substantiated and unsubstantiated incidents of sexual abuse and sexual harassment.

(Doc. 148-1 at 35-37). ADOC identified and confirmed consideration of these 11 items in the 2024 Staffing Analysis. (ADOC-Tutwiler 05709-05738). Further, the 2024 Staffing Analysis and SOP 9-6 created by ADOC established a staffing plan for Tutwiler using gender-responsive principles identified by the National Institute of Corrections ("NIC"), PREA requirements, DOJ Consent Decree requirements, and emerging correctional best practices. These factors include the

following factors recommended by PREA regulations (PREA Section 115.13 Supervision and Monitoring – Adult Prisons), as required by Section II.C.2.iv.:

- Generally accepted detention and correctional practices;
- Any judicial findings of inadequacy;
- Any findings of inadequacy from Federal investigative agencies;
- Any findings of inadequacy from internal or external oversight bodies;
- All components of the facility's physical plant (including "blind spots" or areas where staff or inmates may be isolated;
- The composition of the inmate population;
- The number and placement of supervisory staff;
- Institution programs occurring on a particular shift;
- Any applicable state or local laws, regulations, or standards; and
- The prevalence of substantiated and unsubstantiated incidents of sexual abuse and sexual harassment.

Lastly, the 2024 Staffing Analysis includes a Tutwiler-specific relief factor of 1.67. (ADOC-Tutwiler 05721). The Internal Monitor received Tutwiler shift-relief calculations. (ADOC-Tutwiler 015492). Taken together, the 2024 Staffing Analysis and SOP 9-6 fulfill the requirements of Section III.C.2.i. through Section III.C.2.v. of the Consent Decree, demonstrating ADOC's substantial compliance with these provisions.

Section III.C.2.vi. of the Consent Decree directs the State to submit quarterly staffing reports to the monitor and DOJ. (Doc. 148-1 at 38). These reports include the following information: (1) a listing of staff hired at Tutwiler, by gender and positions filled; and (2) a listing of staff who ended their employment at Tutwiler, including gender, position, and the reason for separation. The Internal Monitor reviewed Tutwiler's staffing updates that covered the period of July 1, 2025, through December 31, 2025 ("Staffing Update Report"). (ADOC-Tutwiler 015464

and ADOC Tutwiler 015466).  In addition, the Internal Monitor reviewed Tutwiler's Separation Report.  (ADOC-Tutwiler 015488).  The Internal Monitor extracted information from the Staffing Update Report and the Tutwiler's Separation Reports for the 21st Compliance Report below.

The Staffing Update Report for the Reporting Period revealed a total of 16 new staff members: 7 Correctional Officer Trainees (4-females and 3-males), 7 CSGs (4-females and 3-males), 1 Laundry Worker (1-female), and 1 Special Investigator (1-female). (ADOC-Tutwiler 015463).  According to the Staffing Update Report, 4 staff members received promotions (1-female Correctional Captain, 1-male Correctional Captain, 1-female Canteen Clerk, 1-female Food Services Manager II.    (Id.).    The Staffing Update Report reported 1 CSG (female) terminated/resigned during the Reporting Period; however, the name is also listed on Tutwiler's Separation document.  (Id.).  Tutwiler's Separation document listed twenty (20) staff, including: 2 Social Service Caseworkers, 1 CSG, 3 COs, 2 CSG Sr., 3 CO Sr., 6 Correctional Officer Trainee, 1 Correctional Lieutenant, 1 Security Guard 1 and 1 CO-hourly.  (ADOC-Tutwiler 015488).  The Staffing Update and Separation Reports identify the information from the Consent Decree, and ADOC continues reporting the necessary information demonstrating its continued substantial compliance with Section III.C.2.vi of the Consent Decree.

Section III.C.2.vii of the Consent Decree directs Tutwiler to provide to the monitor and DOJ a staffing report every six months that reports the following information:

1.  An evaluation of existing staffing levels and need for adjustments;

2.  A listing of each post and position needed;

3.  The number of hours needed for each post and position;

4.  A listing of staff, by gender, working overtime at Tutwiler and the amount of overtime worked by each staff member;

5.  A listing of supervisors by gender working overtime at

Tutwiler; and

6.    Tutwiler's assessment of its ability to comply with the staffing plan.

(Doc. 148-1 at 38-39).  In accordance with the Consent Decree, ADOC continues to provide this staffing report on an annual basis.  ADOC submitted the Julia Tutwiler Prison for Women Staffing Status Report dated July 29, 2024, through July 28, 2025, to the Internal Monitor and DOJ. (ADOC-Tutwiler 021601- ADOC-Tutwiler 021615).  According to the Staffing Report, as of July 28, 2025, Tutwiler had a 56% staff vacancy rate. (ADOC-Tutwiler 021604).  As of December 31, 2025, Tutwiler reported a 35.73% vacancy rate. Thus, ADOC complied with Section III.C.2.vii. of the Consent Decree maintaining a substantial compliance status.  In total, the above information outlines the continued efforts and affirmative actions taken by ADOC in achieving sustained, and ongoing, substantial compliance with Section III.C.2. of the Consent Decree.

### i.    Tutwiler's Staffing-Levels

Although ADOC met the requirements of Section III.C.2. of the Consent Decree, as outlined above, it remains important to note significant improvements made by ADOC regarding Tutwiler's staffing levels and the efforts taken by ADOC and Tutwiler staff related to the recruitment and retention of officers.  **Tables 1-12** below contain a breakdown of security staff at Tutwiler from December 31, 2020, through the current Reporting Period.  (See Doc. 200-1 at 32-45; ADOC-Tutwiler 012635).  On June 30, 2021, the vacancy rate of all officer positions, when aggregated, yielded a 21.6% vacancy rate.  As of December 31, 2021, Tutwiler yielded an increase in the vacancy rate to 31.5%.  (Doc. 200-1 at 35).  On June 30, 2022, Tutwiler reported an increase in the vacancy rate to 38.9%.  (Id. at 36).  On June 30, 2023, Tutwiler reported an officer vacancy rate 58%.  (Id. at 38).  As of January 31, 2024, the vacancy rate for officers decreased to 56%.  (Id. at 39).  As of June 30, 2024, the vacancy rate decreased for officer positions (not including part-

time officers) to 52.7%. (Id. at 40).  As of December 31, 2024, the vacancy rate for officer positions further decreased to 49.2%.  (Id. at 41).  As of June 30, 2025, the vacancy rate for officer positions further decreased to 47.4%. (Id. at 42).  Additionally, the number of officers as of June 30, 2025, does not include officers or posts filled by overtime or contracted security staff.  (See Id.). Tutwiler's vacancy rate decreased again in October 2025 to 35.2%.  (Id. at 44).  As of December 31, 2025the vacancy rate for officer positions was 35.73%. (ADOC-Tutwiler 015466). However, this percentage does not consider the improved adjusted numbers per the upcoming staffing report. (ADOC-Tutwiler 019165).  These numbers show a continuous decrease in Tutwiler's officer vacancy.

The staffing breakdowns discussed above are summarized in the following **Tables 1 – 12.**

*Table 1 Tutwiler security staffing as of December 31, 2020*

| Position | Actual Count | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | **3** | 0% | 2 | 0 | 1 | 0 |
| CORRECTIONAL LT. (Authorized = 10) | **7** | 30% | 2 | 1 | 4 | 0 |
| CORRECTIONAL SGT. (Authorized = 20) | **12** | 40% | 6 | 1 | 5 | 0 |
| SENIOR CORR. OFFICER | **52** | | 14 | 3 | 33 | 2 |
| CORRECTIONAL OFFICER | **2** | 33.75% | 1 | 0 | 1 | 0 |
| BASIC CORRECTIONAL OFFICER (Authorized = 160) | **52** | | 2 | 1 | 48 | 1 |

*Table 2 Tutwiler security staff staffing as of June 30, 2021*

| Position | Actual Count | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | 3 | 0% | 2 | 0 | 1 | 0 |
| CORRECTIONAL LT. (Authorized = 10) | 9 | 10% | 4 | 1 | 4 | 0 |
| CORRECTIONAL SGT. (Authorized = 21) | 13 | 38% | 7 | 1 | 5 | 0 |
| SENIOR CORR. OFFICER | 45 | 21.60% | 15 | 3 | 25 | 2 |
| CORRECTIONAL OFFICER | 3 | | 0 | 0 | 3 | 0 |
| BASIC CORRECTIONAL OFFICER | 70 | | 2 | 0 | 64 | 4 |
| CORRECTIONAL CUBICLE OFFICER (Authorized = 162) | 9 | | 1 | 0 | 7 | 1 |

*Table 3 Tutwiler security staffing as of December 31, 2021*

| Position | Actual Count | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | **3** | 0% | 2 | 0 | 1 | 0 |
| CORRECTIONAL LT. (Authorized = 10) | **9** | 10% | 4 | 2 | 3 | 0 |
| CORRECTIONAL SGT. (Authorized = 21) | **10** | 52.4 % | 4 | 2 | 4 | 0 |
| SENIOR CORR. OFFICER | **44** | 31.5% | 15 | 2 | 25 | 2 |
| CORRECTIONAL OFFICER | **0** | | 0 | 0 | 0 | 0 |
| BASIC CORRECTIONAL OFFICER | **58** | | 3 | 0 | 52 | 3 |
| CORRECTIONAL CUBICLE OFFICER (Authorized = 162) | **9** | | 0 | 0 | 8 | 1 |

*Table 4 Tutwiler security staffing as of June 30, 2022*

| Position | Actual Count | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | 2 | 33.3 % | 2 | 0 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 10) | 10 | 0% | 5 | 2 | 3 | 0 |
| CORRECTIONAL SGT. (Authorized = 21) | 11 | 48 % | 5 | 2 | 4 | 0 |
| SENIOR CORR. OFFICER | 40 | | 15 | 2 | 21 | 2 |
| CORRECTIONAL OFFICER | 0 | | 0 | 0 | 0 | 0 |
| CORRECTIONAL OFFICER TRAINEE | 4 | 38.9% | 2 | 0 | 2 | 0 |
| BASIC CORRECTIONAL OFFICER | 45 | | 3 | 0 | 41 | 1 |
| CORRECTIONAL CUBICLE OFFICER (Authorized = 162) | 10 | | 2 | 1 | 7 | 0 |

*Table 5 Tutwiler security staffing as of December 31, 2022*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | 2 | 33.3% | 2 | 0 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 10) | 11 | 0% | 6 | 2 | 3 | 0 |
| CORRECTIONAL SGT. (Authorized = 21) | 10 | 52.4% | 5 | 2 | 4 | 0 |
| SENIOR CORR. OFFICER | 36 | 45.7% | 16 | 2 | 17 | 1 |
| CORRECTIONAL OFFICER | 3 | | 1 | 0 | 2 | 0 |
| CORRECTIONAL OFFICER TRAINEE | 8 | | 1 | 0 | 7 | 0 |
| BASIC CORRECTIONAL OFFICER | 33 | | 1 | 0 | 31 | 1 |
| CORRECTIONAL CUBICLE OFFICER (Authorized = 162) | 8 | | 1 | 0 | 7 | 0 |

*Table 6 Tutwiler security staffing as of June 30, 2023*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | **4** | 0% | 3 | 1 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 10) | **9** | 10% | 5 | 1 | 3 | 0 |
| CORRECTIONAL SGT. (Authorized = 21) | **7** | 67% | 4 | 1 | 2 | 0 |
| SENIOR CORR. OFFICER | **29** | | 14 | 1 | 13 | 1 |
| CORRECTIONAL OFFICER | **3** | | 1 | 0 | 2 | 0 |
| CORRECTIONAL OFFICER TRAINEE | **9** | 58% | 2 | 0 | 7 | 0 |
| BASIC CORRECTIONAL OFFICER | **31** | | 1 | 0 | 30 | 0 |
| Correctional Cubical Officer (Authorized =188) | **7** | | 2 | 0 | 5 | 0 |

*Table 7 Tutwiler security staffing as of January 31, 2024*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 4) | 4 | 0% | 3 | 1 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 8) | 7 | 13% | 4 | 0 | 3 | 0 |
| CORRECTIONAL SGT. (Authorized = 15) | 6 | 60% | 4 | 1 | 1 | 0 |
| SENIOR CORR. OFFICER | 30 | | 13 | 1 | 15 | 1 |
| CORRECTIONAL OFFICER | 3 | | 0 | 0 | 3 | 0 |
| CORRECTIONAL OFFICER TRAINEE | 14 | 56% | 5 | 2 | 6 | 1 |
| BASIC CORRECTIONAL OFFICER | 28 | | 1 | 0 | 27 | 0 |
| Correctional Cubical Officer (Authorized =188) | 8 | | 2 | 0 | 6 | 0 |

*Table 8 Tutwiler security staffing as of June 30, 2024*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 4) | 3 | 25% | 2 | 1 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 8) | 9 | 0% | 4 | 1 | 4 | 0 |
| CORRECTIONAL SGT. (Authorized = 15) | 7 | 53% | 5 | 0 | 2 | 0 |
| SENIOR CORR. OFFICER | 27 | 52.7% | NA | NA | NA | NA |
| CORRECTIONAL OFFICER | 6 | | NA | NA | NA | NA |
| CORRECTIONAL OFFICER TRAINEE | 16 | | NA | NA | NA | NA |
| SENIOR CORRECTIONAL SECURITY GUARD | 22 | | NA | NA | NA | NA |
| CORRECTIONAL SECURITY GUARD (Authorized =188) | 10 | | NA | NA | NA | NA |
| Correctional Cubical Officer (Authorized =188) | 8 | | NA | NA | NA | NA |

*Table 9 Tutwiler security staffing as of December 31, 2024*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Black Female | White Female |
|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 4) | **3** | 25.0% | 2 | 1 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 8) | **9** | 0% | 4 | 1 | 4 | 0 |
| CORRECTIONAL SGT. (Authorized = 15) | **8** | 46.7% | 5 | 0 | 3 | 0 |
| TOTAL SUPERVISOR  26 (26.4) | **20** | 24.2% | 11 | 2 | 7 | 0 |
| SENIOR CORR. OFFICER | **21** | | 9 | 1 | 11 | 0 |
| CORRECTIONAL OFFICER | **7** | | 2 | 1 | 4 | 0 |
| CORRECTIONAL OFFICER TRAINEE | **32** | | 9 | 1 | 21 | 1 |
| SENIOR CORRECTIONAL SECURITY GUARD | **13** | | 1 | 0 | 12 | 0 |
| CORRECTIONAL SECURITY GUARD | **8** | | 0 | 0 | 8 | 0 |
| CORRECTIONAL CUBICLE OFFICER (Authorized =15) | **8** | 46.7% | 2 | 0 | 6 | 0 |
| PART-TIME CORRECTIONAL OFFICER | **1*** | | 0 | 0 | 2 | 0 |
| CORRECTIONAL OFFICER HOURLY | **5.5*** | | 5 | 0 | 6 | 0 |
| TOTAL SECURITY OFFICER    188 (188.26) | **95.5** | 49.2% | 28 | 3 | 70 | 1 |
| TOTAL SEC OFF/SUPER    214.66 | **115.5** | 46.2% | 39 | 5 | 77 | 1 |

*Table 10 Tutwiler security staffing as of June 30, 2025*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Other Male | Black Female | White Female | Other Female |
|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | 3 | 0.00% | 1 | 1 | 0 | 1 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 8) | 9 | -12.50% | 3 | 1 | 0 | 5 | 0 | 0 |
| CORRECTIONAL SGT. (Authorized = 15) | 6 | 60.00% | 4 | 0 | 0 | 2 | 0 | 0 |
| TOTAL SUPERVISOR 26 (26.4) | 18 | 31.80% | 8 | 2 | 0 | 8 | 0 | 0 |
| SENIOR CORR. OFFICER | 28 | | 9 | 2 | 0 | 17 | 0 | 0 |
| CORRECTIONAL OFFICER | 9 | | 7 | 0 | 0 | 2 | 0 | 0 |
| CORRECTIONAL OFFICER TRAINEE | 24 | | 2 | 1 | 0 | 20 | 1 | 0 |
| SENIOR CORRECTIONAL SECURITY GUARD | 11 | | 1 | 0 | 0 | 10 | 0 | 0 |
| CORRECTIONAL SECURITY GUARD | 17 | | 1 | 0 | 0 | 12 | 2 | 2 |
| CORRECTIONAL CUBICLE OFFICER (Authorized =15) | 3 | 80.00% | 2 | 0 | 0 | 1 | 0 | 0 |
| PART-TIME CORRECTIONAL OFFICER* | 1 | | 0 | 0 | 0 | 2 | 0 | 0 |
| CORRECTIONAL OFFICER HOURLY* | 6 | | 6 | 0 | 0 | 6 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL SECURITY OFFICER 188 (188.26) | **99** | 47.40% | 28 | 3 | 0 | 70 | 1 | 2 |
| TOTAL SEC OFF/SUPER (214.66) | **117** | 45.50% | 40 | 6 | 0 | 78 | 1 | 2 |

*Table 11 Tutwiler security staffing as of October 31, 2025*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Other Male | Black Female | White Female | Other Female |
|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 3) | 4 | -33.30% | 1 | 1 | 0 | 2 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 8) | 8 | 0.00% | 3 | 1 | 0 | 4 | 0 | 0 |
| CORRECTIONAL SGT. (Authorized = 15) | 6 | 60.00% | 4 | 0 | 0 | 2 | 0 | 0 |
| TOTAL SUPERVISOR 26 (26.4) | 18 | 31.80% | 8 | 2 | 0 | 8 | 0 | 0 |
| SENIOR CORR. OFFICER | 29 | | 13 | 1 | 0 | 15 | 0 | 0 |
| CORRECTIONAL OFFICER | 17 | | 5 | 0 | 1 | 11 | 0 | 0 |
| CORRECTIONAL OFFICER TRAINEE | 33 | | 14 | 2 | 0 | 16 | 1 | 0 |
| SENIOR CORRECTIONAL SECURITY GUARD | 12 | | 0 | 0 | 0 | 12 | 0 | 0 |
| CORRECTIONAL SECURITY GUARD | 20 | | 2 | 1 | 0 | 14 | 1 | 2 |
| CORRECTIONAL CUBICLE OFFICER (Authorized =15) | 3 | 80.00% | 2 | 0 | 0 | 1 | 0 | 0 |
| PART-TIME CORRECTIONAL OFFICER* | 1 | | 0 | 0 | 0 | 2 | 0 | 0 |
| CORRECTIONAL OFFICER HOURLY* | 7 | | 8 | 0 | 0 | 6 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL SECURITY OFFICER 188 (188.26) | **122** | 35.20% | 44 | 4 | 1 | 77 | 2 | 2 |
| TOTAL SEC OFF/SUPER (214.66) | **140** | 34.80% | **52** | **6** | **1** | **85** | **2** | **2** |

*Table 12 Tutwiler security staffing as of December 31, 2025*

| Position | Actual Rate | Vacancy Rate | Black Male | White Male | Other Male | Black Female | White Female | Other Female |
|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL CPT. (Authorized = 4) | 4 | 0.00% | 1 | 1 | 0 | 2 | 0 | 0 |
| CORRECTIONAL LT. (Authorized = 14) | 8 | 42.85% | 3 | 1 | 0 | 4 | 0 | 0 |
| CORRECTIONAL SGT. (Authorized = 9) | 7 | 22.23% | 4 | 0 | 0 | 3 | 0 | 0 |
| TOTAL SUPERVISOR (27) | 19 | 29.63% | 8 | 2 | 0 | 9 | 0 | 0 |
| SENIOR CORR. OFFICER | 28 | | 13 | 2 | 0 | 13 | 0 | 0 |
| CORRECTIONAL OFFICER | 20 | | 5 | 0 | 1 | 13 | 1 | 0 |
| CORRECTIONAL OFFICER TRAINEE | 39 | | 15 | 4 | 0 | 19 | 1 | 0 |
| SENIOR CORRECTIONAL SECURITY GUARD | 12 | | 0 | 0 | 0 | 12 | 0 | 0 |
| CORRECTIONAL SECURITY GUARD | 20 | | 2 | 2 | 0 | 13 | 1 | 2 |
| SECURITY GUARD I | 2 | | 1 | 0 | 0 | 1 | 0 | 0 |
| TOTAL SECURITY OFFICER 188 (188.26) | 121 | 35.73% | 36 | 8 | 1 | 71 | 3 | 2 |
| TOTAL SEC OFF/SUPER (214.66) | 140 | 34.80% | | | | | | |

As demonstrated above, in June 2025, Tutwiler reported a vacancy rate for security staff of 47.4%, which decreased to 35.2% as of October 2025, and as of December 2025, that vacancy rate for security officers was 35.73%. (ADOC-Tutwiler 021617). During this Reporting Period, ADOC added a total of 14 new security staff to Tutwiler. (ADOC-Tutwiler 015463). See following breakdown below:

- 14 security staff added as follows:
  - o 3 Male Correctional Officer Trainee;
  - o 4 Female Correctional Officer Trainees;
  - o 4 Female Correctional Security Guards; and
  - o 3 Male Correctional Security Guard.

(Id.). The continued efforts of ADOC in 2025, including the numerous hiring events, streamlined hiring process, and retention efforts continue to yield positive outcomes as evidenced by the decreased vacancy rate.

In June 2023, Tutwiler implemented a Field-Training-Officer ("FTO") program.[2] The FTO program plays an essential role in the onboarding of security staff at Tutwiler. ADOC and Tutwiler incorporate the FTO program into the training process with the understanding and goal to provide staff with the training necessary to perform his/her duties and responsibilities. Purposes of the FTO Program include: (1) Allowing trainers to continuously evaluate a trainee's performance under actual field conditions, identify specific trainee weaknesses or deficiencies, and developing remedial training programs to improve those weaknesses or correct deficiencies; and (2) determining when trainees who cannot attain the level of proficiency expected and either extending their probation or recommending a separation of employment with ADOC. (ADOC-Tutwiler

---

[2] In April 2025, ADOC updated the FTO program. (ADOC-Tutwiler 012594).

012594).    The FTO program provides security staff complete comprehensive training by demonstrating his/her understanding of the job requirements.    Currently, a Field Training Supervisor facilitates the FTO program at Tutwiler.

ADOC's increased staffing levels reflect a sustained, institutionalized recruitment and retention framework, driven by concrete, repeatable policies and practices ADOC implemented and continues to execute.

### ii.    Recruitment Initiatives

ADOC's Recruitment Unit continues to facilitate "Hiring Events." The Internal Monitor received an update on the short- and long-range recruitment and retention strategies outlined in the "Office of Administrative Services Julia Tutwiler Prison for Women Recruiting and Retention Plan Progress Update."  (ADOC-Tutwiler 016921-016926 and ADOC-Tutwiler 016927-016930). ADOC continues the extension of the hiring events in an effort to offer onboarding events on a more frequent basis and at a more local level.  The Office of Administrative Services ("OAS") continues to support recruiting, hiring, training, and retention efforts at Tutwiler.  (ADOC-Tutwiler 016925 and ADOC-Tutwiler 016927).

ADOC looked at the steps of the hiring process in depth to determine where candidates experienced difficulties and what ADOC could do to address those difficulties.  (ADOC-Tutwiler 016929).    Two of the identified difficulties included obtaining certified birth certificates and taking the Basic Aptitude Test ("BAT").  (Id.).  Both items are required by APOSTC, and the candidates incur a cost associated with them.  (Id.).  Additionally, community colleges throughout the state administered the BAT which tend to close between semesters and on school holidays. (Id.).  ADOC worked with the Alabama Department of Public Health to enable the ADOC Hiring Unit to obtain certified birth certificates for those candidates born in Alabama and absorb the associated cost. (Id.).  ADOC implemented this new process.  (Id.).  ADOC also worked with

ACT/WorkKeys to become approved monitors of the BAT and, once ADOC establishes a suitable testing room, the Hiring Unit will begin monitoring this test on a weekly basis. (Id.). ADOC will also absorb the cost associated with this testing for candidates born in Alabama. (Id.). Thus, ADOC implemented concrete, candidate-focused solutions that streamline hiring and reduce attrition points in the APOSTC pipeline.

During the Reporting Period, ADOC conducted a total of 48 hiring events statewide. While the focus of these events is on Correctional Officer Trainee ("COT") and CSG (formerly Basic Correctional Officer) candidates, the scope increased to welcome candidates for any institutional positions to include those with ADOC's contracted employers. ADOC conducts these hiring events in the following locations: Atmore Training Center, Bibb Training Center, Wetumpka Training Center, Birmingham Training Center, and St. Clair Facility, Limestone Correctional Facility, and Ventress Training Facility. These events are hosted on a frequent basis for COT and CSG applicants. These events continue to provide a "one-stop-shop" application process, where candidates can apply and complete the urinalysis screening, background interview, and all the necessary pre-employment paperwork at one time. (ADOC-Tutwiler 016924 and ADOC-Tutwiler 016929). The list below identifies hiring events held from July 1, 2025, through December 31, 2025, along with the number of candidates interested in working at Tutwiler:

**Atmore**

- On July 7, 2025, 32 applicants attended the hiring event in Escambia County, and no one expressed interest in working at Tutwiler.

- On July 26, 2025, 44 applicants attended the hiring event in Escambia County, and no one expressed interest in working at Tutwiler.

- On August 11, 2025, 36 applicants attended the hiring event in Escambia County, and no one expressed interest in working at Tutwiler.

- On August 25, 2025, 39 applicants attended the hiring event in Escambia County, and no one expressed interest in working at Tutwiler.

- On September 8, 2025, 31 applicants attended the hiring event in Escambia County, and no one expressed interest in working at Tutwiler.

- On September 22, 2025, 32 applicants attended the hiring event in Escambia County, and no one expressed interest in working at Tutwiler.

- On October 6, 2025, 12 applicants attended the hiring event in Escambia County, and 1 applicant expressed interest in working at Tutwiler.

- On November 3, 2025, 21 applicants attended the hiring event in Escambia County, and 1 applicant expressed interest in working at Tutwiler.

- On December 8, 2025, 35 applicants attended the hiring event in Escambia County, and no one expressed interest in working at Tutwiler.

**Bibb**

- On August 15, 2025, 39 applicants attended the hiring event in Bibb County, and no one expressed interest in working at Tutwiler.

**Bullock**

- On July 21, 2025, 17 applicants attended the hiring event in Bullock County, and no one expressed interest in working at Tutwiler.

- On August 18, 2025, 9 applicants attended the hiring event in Bullock County, and no one expressed interest in working at Tutwiler.

- On September 29, 2025, 14 applicants attended the hiring event in Bullock County, and 2 applicants expressed interest in working at Tutwiler.

**Birmingham**

- On July 11, 2025, 32 applicants attended the hiring event in

Jefferson County, and no one expressed interest in working at Tutwiler.

- On July 29, 2025, 51 applicants attended the hiring event in Jefferson County, and no one expressed interest in working at Tutwiler.

- On August 26, 2025, 38 applicants attended the hiring event in Jefferson County, and no one expressed interest in working at Tutwiler.

- On September 9, 2025, 16 applicants attended the hiring event in Jefferson County, and no one expressed interest in working at Tutwiler.

- On September 23, 2025, 20 applicants attended the hiring event in Jefferson County, and no one expressed interest in working at Tutwiler.

- On October 21, 2025, 40 applicants attended the hiring event in Jefferson County, and no one expressed interest in working at Tutwiler.

- On December 9, 2025, 58 applicants attended the hiring event in Jefferson County, and no one expressed interest in working at Tutwiler.

**Limestone**

- On July 17, 2025, 28 applicants attended the hiring event in Limestone County, and no one expressed interest in working at Tutwiler.

- On July 31, 2025, 30 applicants attended the hiring event in Limestone County, and no one expressed interest in working at Tutwiler.

- On August 14, 2025, 33 applicants attended the hiring event in Limestone County, and no one expressed interest in working at Tutwiler.

- On August 28, 2025, 31 applicants attended the hiring event in Limestone County, and no one expressed interest in working at Tutwiler.

- On September 25, 2025, 28 applicants attended the hiring event in Limestone County, and no one expressed interest in

working at Tutwiler.

- On October 9, 2025, 17 applicants attended the hiring event in Limestone County, and no one expressed interest in working at Tutwiler.

- On November 20, 2025, 43 applicants attended the hiring event in Limestone County, and no one expressed interest in working at Tutwiler.

- On December 18, 2025, 33 applicants attended the hiring event in Limestone County, and no one expressed interest in working at Tutwiler.

**St. Clair**

- On July 9, 2025, 22 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

- On July 23, 2025, 18 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

- On August 6, 2025, 16 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

- On August 20, 2025, 21 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

- On September 3, 2025, 17 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

- On September 17, 2025, 27 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

- On October 15, 2025, 33 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

- On November 12, 2025, 22 applicants attended the hiring event in St. Clair County, and no one expressed interest in working at Tutwiler.

**Ventress**

- On July 14, 2025, 10 applicants attended the hiring event in Barbour County, and no one expressed interest in working at Tutwiler.

- On August 4, 2025, 22 applicants attended the hiring event in Barbour County, and no one expressed interest in working at Tutwiler.

- On September 15, 2025, 29 applicants attended the hiring event in Barbour County, and no one expressed interest in working at Tutwiler.

- On October 27, 2025, 39 applicants attended the hiring event in Barbour County, and no one expressed interest in working at Tutwiler.

- On November 17, 2025, 50 applicants attended the hiring event in Barbour County, and 1 applicant expressed interest in working at Tutwiler.

**Wetumpka**

- On July 18, 2025, 58 applicants attended the hiring event in Elmore County, and 8 applicants expressed interest in working at Tutwiler.

- On August 9, 2025, 53 applicants attended the hiring event in Elmore County, and 14 applicants expressed interest in working at Tutwiler.

- On August 22, 2025, 37 applicants attended the hiring event in Elmore County, and 11 applicants expressed interest in working at Tutwiler.

- On September 5, 2025, 31 applicants attended the hiring event in Elmore County, and 4 applicants expressed interest in working at Tutwiler.

- On September 19, 2025, 43 applicants attended the hiring event in Elmore County, and 8 applicants expressed interest in working at Tutwiler.

- On October 24, 2025, 61 applicants attended the hiring event in Elmore County, and 28 applicants expressed interest in working at Tutwiler.

- On December 5, 2025, 86 applicants attended the hiring event in Elmore County, and 25 applicants expressed interest in working at Tutwiler.

In sum, 1,554 total applicants attended ADOC's hiring events with 103 applicants expressing interest in working at Tutwiler.

These hiring events demonstrate a sustained, systematic recruitment strategy that ADOC continues to implement across the State that directly supports staffing and retention efforts at Tutwiler.  ADOC did not achieve increased candidate flow by chance; it achieved it through recurring, structured "one-stop-shop" onboarding events, expanded outreach locations, and ongoing OAS support for recruiting, hiring, training, and retention.  The 21st Compliance Report marks the Internal Monitor's sixth reporting period, reflecting increased staffing levels at Tutwiler.  The attendance totals and continued identification of candidates interested in Tutwiler reflect a durable and repeatable ADOC recruitment process that should continue to support staffing gains at Tutwiler going forward.

### iii.    Retention Initiatives

ADOC and Tutwiler continue to focus on and address staffing and retention. The 2024-2027 ADOC Women's Services Strategic Plan includes specific goals that target staff health, Wellness and retention. (ADOC-Tutwiler 04116, ADOC-Tutwiler 04117).  Some of the strategies included in the 2024-2027 ADOC Women's Services Strategic Plan are noted below:

- Develop and implement a wellness plan at each female facility that identifies meaningful ideas and initiatives that support staff wellness and a healthy workplace.

- Operate the on-site fitness center for staff at Tutwiler.

- Pursue and establish partnerships with local fitness centers for staff at Birmingham and Montgomery.

- Provide health and wellness information and resources to staff to include Subject Matter Expert ("SME")

presentations, with topics informed by staff surveys and Rippleworx findings.

- Enhance staff wellbeing by providing information about mental health, stress management, and self-care.

- Host a Women's Services Family Day at each female facility for staff and their families.

- Increase Employee retention and maintain staffing levels that support safe and secure environments at each facility.

- Conduct a staff survey and communicate the results to ADOC facilities.

- Maintain employee recognition activities at least quarterly and consistent with AR-218.

- Work with agency leadership to explore additional professional career track progressions for non-security personnel.

- Implement accepted recommendations for the Retention and Recruitment plan that support women's services.

- Complete an annual report on retention and recruitment efforts specific to female facilities.

(ADOC-Tutwiler 04122-ADOC-Tutwiler 04123). In sum, ADOC and Tutwiler are pursuing a coordinated, multi-year staffing and retention strategy that focuses not only on recruitment, but also on the core drivers of retention: staff wellness, workplace culture, professional development, and recognition. Through facility-specific wellness planning, fitness and partnership initiatives, targeted health and mental-health resources, family-engagement events, staff feedback mechanisms, and structured retention reporting and plan implementation, ADOC embedded ongoing, measurable practices designed to stabilize and maintain staffing levels at Tutwiler and other female facilities.

During the meeting on May 28, 2026, Warden Hudson advised the Internal Monitor that the strategies from the 2024-2027 ADOC Women's Strategic Plan continue to be implemented.

Warden Hudson advised that ADOC continues to develop and implement a comprehensive wellness plan across its female facilities to promote staff wellness and a healthy workplace including:

- Partnering with Alabama Department of Public Health ("ADPH") and other state agencies to distribute wellness literature.

- Launching employee engagement surveys to gather meaningful staff input and creating a "positive" book library for employees.

- Tutwiler continues to operate and promote its on-site fitness center, with hours and staff access routinely discussed during monthly staff meetings.

- ADOC also pursues partnerships with local fitness centers in the Birmingham and Montgomery areas, including identifying facilities that offer discounts to state employees and law enforcement.

- Warden Green further supports staff wellbeing through a monthly employee newsletter focused on mental health, stress management, and self-care.

- Employees receive monthly and quarterly recognition for their accomplishments and participation in continuing education through ADOC SharePoint.

- Tutwiler developed an institutional morale booster to ensure that security and support staff are involved and have input for all planned events.

- Morale-boosting events are scheduled monthly to address encourage staff and show appreciation.

- Tutwiler approved an onsite food and beverage center. This avenue will be made available soon via Aramark.

- Employees receive intentional cross-training in administrative areas to support their career development.

- Daily meetings provide staff with coaching and guidance that promote ongoing professional growth.

In addition to ADOC Women's Services Strategic Plan, ADOC continues to conduct open conversations about staff retention with other states at monthly Correctional Leaders Association meetings.  (ADOC-Tutwiler 012631).  Currently, ADOC is developing an application for improving exit surveys for Tutwiler. (Id.).  The application will gather data on the reasons why employees leave ADOC/Tutwiler.  (Id.).  The data collected from the surveys will be used to assist with identifying employment trends and areas of improvement for employee relations.  (Id.).

In May 2024, ADOC began collaborating with the Alabama Community College System to develop a plan for a career readiness curriculum designed to prepare new hires and existing CSGs for success at the APOSTC Academy.  (ADOC-Tutwiler 08362).  ADOC developed a pilot program incorporating both physical fitness and academic components and named the program "ACTIVATE".  (Id.).  The inaugural ACTIVATE class launched on August 12, 2024, at two locations: Reid State Technical College and Jefferson State Community College. The third ACTIVATE class began on March 3, 2025, at three locations: Central Alabama Community College, Enterprise State Community College, and Jefferson State Community College.  (Id.). ADOC conducted five ACTIVATE classes since the program's inception. A total of 122 ACTIVATE participants have graduated from the APOSTC Academy, including 13 from Tutwiler.  (ADOC-Tutwiler 016930).  ADOC's ACTIVATE partnership with the Alabama Community College System provides a structured, scalable pipeline that prepares new hires and CSG candidates for APOSTC success.

The continued efforts undertaken by ADOC leadership, and Tutwiler leadership and staff, continue to produce positive results for staffing at Tutwiler.  The above data reflects sustained and measurable progress in Tutwiler's staffing levels that aligns with, and is driven by, ADOC's ongoing, institutionalized recruitment and retention initiatives.  After peaking in June 2023,

Tutwiler's vacancy rate steadily declined to 35.73% through successive Reporting Periods.  The current ADOC vacancy rate reflects the effectiveness of deliberate and sustained recruitment and retention strategies.  ADOC achieved the reduction in vacancies through ongoing efforts that demonstrate organizational commitment to addressing staffing challenges and maintaining workforce stability.  Notable strategies contributing to this achievement include the continuous recruitment initiatives, streamlined hiring processes, improved retention practices, competitive incentives, and leadership engagement focused on employee support. ADOC consistently monitors staffing trends, adjusts recruitment strategies based on identified needs, and implements measures designed to improve employee morale and job satisfaction.

ADOC achieved the current staffing level through sustained hiring and retention efforts over time.  Staffing data shows continued progress rather than a short-term increase tied to isolated hiring events or temporary assignments.  ADOC's strategies include frequent statewide "one-stop-shop" hiring events; strengthened onboarding and performance evaluation through the FTO/FTS programs; expanded training pipelines such as ACTIVATE; and wellness- and culture-focused retention measures under the 2024–2027 Women's Services Strategic Plan.  Together, these coordinated efforts show that ADOC built durable systems that continue to stabilize staffing and support ongoing recruitment and retention at Tutwiler.

**Compliance Rating:** Substantial Compliance

## IV.    ALABAMA STRENGTHS

ADOC and Tutwiler continue to maintain a strong commitment to satisfying and implementing the remaining provisions of the Consent Decree by actively working to recruit and retain staff at Tutwiler.  During this Reporting Period, ADOC and Tutwiler remained in substantial compliance with all sections of the Consent Decree.  ADOC and Tutwiler continue to work

diligently to increase staffing levels and decrease the staffing vacancy rate. ADOC's strong foundation, commitment, and determination define the following organizational strengths:

### A.    LEADERSHIP FROM THE ALABAMA DEPARTMENT OF CORRECTIONS

On March 7, 2023, ADOC media released Commissioner Hamm's[3] priority projects, which included, but are not limited to, building new prison facilities; implementing a modern inmate management system; streamlining the correctional officer hiring, retention, and training processes; and actively supporting the reinstatement of Tier 1 retirement benefits for all employees. Under Commissioner Hamm's leadership, ADOC provides a pay differential for APOSTC certified employees based on the security classification of the facility they are assigned. Additionally, ADOC, with the approval of the Alabama State Personnel Department, provides pay differentials to support job classifications and non-APOSTC security classifications. ADOC reported these changes assisted with both improving and maintaining staffing levels in Women's Services facilities. (ADOC-Tutwiler 012616). Thus, ADOC's leadership remains committed to compliance with the Consent Decree and the efforts taken by the leadership provide a path for staff to follow.

### B.    TUTWILER LEADERSHIP

Warden Hudson and his team at Tutwiler continue to support the facility's successful efforts to maintain substantial compliance with the Consent Decree. Tutwiler's leadership demonstrates a clear commitment to institutional stability, accountability, and continuous improvement. Warden Hudson's active engagement in daily operations, combined with regular

---

[3] Commissioner John Hamm announced his retirement from the Alabama Department of Corrections, and Governor Kay Ivey named Greg Lovelace to serve as Commissioner effective May 1, 2026. See Governor Kay Ivey, "Governor Ivey Announces Retirement of Alabama Department of Corrections Commissioner John Hamm, Taps Corrections & Law Enforcement Veteran Greg Lovelace to Take Helm" (Apr. 28, 2026).

oversight by his leadership team, supports a structured approach to reinforce expectations for staff performance.  Tutwiler's leadership and staff exhibited a strong commitment to implementing policies and procedures along with the provisions in the Consent Decree.  Through their commitment and dedication, the leadership team created a culture of continuous improvement. With the strong emphasis on a compliance-driven culture, the Tutwiler leadership team continues to sustain the expectations of the Consent Decree.  The leadership team continues to identify and resolve challenges facing Tutwiler to allow the facility to remain in substantial compliance.  Their leadership reflects dedication to safety and security for all individuals within the facility.

C.      ADOC RECRUITMENT

ADOC continues extensive recruitment efforts through advertising, the use of social media, and conducting hiring events to promote career opportunities in ADOC.  In January 2024, ADOC hired a Talent Acquisition Manager whose primary responsibility focuses on targeted recruiting techniques and solutions for security and non-security roles within the ADOC using a variety of methods.  ADOC hired additional hiring team members to focus on CSG appointments and security position hires and rehires for an efficient successful hiring and onboarding process. (ADOC-Tutwiler 012617).  The addition of a dedicated hiring team assisted ADOC in carrying out its recruitment goals.

ADOC facilitates hiring events statewide in an effort to hire COTs and CSGs.  The scope of these hiring events increased to welcome candidates for any institutional positions to include those with contracted employers.  ADOC conducted 48 hiring events during the Monitoring Period.  The hiring events provide a "one-stop-shop" application process, where candidates can apply, and complete the urinalysis screening, background interview, and all the necessary pre-employment paperwork at one time.  ADOC and the Internal Monitor are encouraged by the recent increases in interest expressed in employment with ADOC, in general, and in Tutwiler specifically.

**D.    SALARY INCREASE**

ADOC continues to employ a pay differential for APOSTC certified employees based on the security classification of the facility they are assigned.  In March 2023, ADOC successfully received approval through Alabama State Personnel Department to substantially increase the starting pay for COT positions throughout the State.  This salary increase represents a milestone in ADOC history and provided ADOC with competitive starting salaries. These changes benefited ADOC's recruitment in the following ways:

(1)    Increase in starting salaries for Correctional Officer Trainees:

- $55,855 at maximum security facilities (such as Tutwiler);

- $53,245 at medium security facilities; and

- $50,712 at Work Release/Community Work Centers.

(2)    Pay Grade/Salary Increase for Current Correctional Officers

(3)    The new pay grades allow additional steps for pay progression.

(4)    Creation of a promotional classification of Correctional Security Guard Senior.

(5)    Expanded location differentials.  The expansion of location differentials for medium and maximum-security facilities now includes support staff in addition to correctional officers.

The following **Table 13** lists the salaries for Tutwiler's Officers.

*Table 13 Annual Salary for those Working in the Correctional Officer Classification Series at a Maximum Security Facility*

| CLASS ANNUAL SALARY | SALARY PROGRESSION EXPLANATION | |
|---|---|---|
| Correctional Officer Trainee | $55,855.20 | Starting Salary |
| Correctional Officer Trainee | $58,692.00 | Completion of COT Probationary Period (6 months) |

| Correctional Officer | $61,660.80 | Promotion to CO (after COT Probationary Period) |
| Correctional Officer | $64,735.20 | Completion of CO Probationary Period (6 months) |
| Correctional Officer Senior | $67,972.80 | Promotion to CO Senior (after CO Probationary Period) |
| Correctional Officer Senior | $71,412.00 | Completion of CO Senior Probationary Period (6 months) |

(Doc. 101-1 at 113). Thus, staff at Tutwiler received a substantial pay increase across security positions. This starting salary assists ADOC recruit, and retain, officers with an interest in working at Tutwiler or staying at Tutwiler for the duration of their career.

## V.    ALABAMA CHALLENGES

### A.    STAFFING CHALLENGES–RECRUITMENT AND RETENTION OF WOMEN

The Internal Monitor recognizes that staffing continues to be a challenge for Tutwiler like most correctional agencies. ADOC and Tutwiler continue to work to deploy staff for the safe operation of the facility. ADOC and Tutwiler advance recruiting and retention initiatives, including adding additional hiring events, increased salary for staff, and creating new programs to assist candidates. The information below depicts the vacancy rate from the 1st Monitoring Report to December 31, 2025, for non-supervisory staff:

- First Monitoring Report:    50%

- June 30, 2020:    36%

- December 31, 2020:    33.75%

- June 30, 2021:    21.6%

- December 31, 2021:    31.5%

- June 30, 2022:    38.8%

- December 31, 2022:    45.7%

51 | P a g e

- June 30, 2023:                    58%

- December 31, 2023:           56%

- June 30, 2024:                    52.7%

- December 31, 2024:           49.2%

- June 30, 2025:                    47.4%

- October 31, 2025:             35.2%

- December 31, 2025:            35.73%

These numbers demonstrate sustained improvements in Tutwiler's vacancy rates, with Tutwiler achieving the lowest vacancy rate since the implementation of the Consent Decree. The salary increase appears to attract new candidates to ADOC and Tutwiler. In addition, the continuous focus on fostering a positive workplace culture that promotes safety, inclusivity, respect, and collaboration continues to improve employee morale and retention. The continuous opportunities for career advancement may also encourage employees to stay employed with ADOC and Tutwiler. The new programs (Birth Certificate, BAT, and ACTIVATE) implemented by ADOC work to assist candidates with the onboarding process and increases the number of candidates joining ADOC and Tutwiler. Overall, the vacancy-rate trend reflects steady, measurable improvement and supports that ADOC's recruitment and retention efforts at Tutwiler are producing durable results.

## VI.    CLOSING OBSERVATIONS

Based on the visit to Tutwiler, monitoring activities, discussions with staff and inmates, assessment of institutional practices, and document reviews, the facility continues to demonstrate compliance with the Consent Decree. Facility leadership and staff remain actively engaged in sustaining operations, maintaining safety and security, and addressing areas requiring corrective

action.  Overall, the facility has shown a continued commitment to the reform process and has taken meaningful steps toward achieving the objectives of the Consent Decree.  The Internal Monitor recognizes ADOC's and Tutwiler's ongoing commitment to sustaining substantial compliance with the Consent Decree.