# Exhibit B

TWENTY-FIRST COMPLIANCE REPORT TOOL JULY 1, 2025 – DECEMBER 31, 2025  Case 2:15-cv-00368-MHT-CWB   Document 234-2   Filed 07/08/26   Page 2 of 11

Page **1** of **10**

| STAFFING |
|---|
| (Opening Paragraph) III.C In order to address low staffing levels and the need for more women officers, ADOC and Tutwiler shall ensure that correctional staffing and supervision is sufficient to adequately supervise inmates and staff and allow for the safe operation of Tutwiler. |
| • The opening paragraph of III.C does not contain any actionable provisions with which to consider compliance. |

| **MONITOR'S MEASURES OF COMPLIANCE** |
|---|
| • SOP 9-5, Mandatory Overtime<br>• ADOC Physical Agility/Ability Record for physical assessment tests results, by gender.<br>• Review staff gender breakdown of Tutwiler security staff.<br>• Review overtime used for staff<br>• Review of data prepared by the Training Division and Office of Administrative Services ("OAS") regarding the pass/fail rates for male/female applicants and Trainees for Tutwiler.<br>• Discussion with ADOC Staff |

(Opening Paragraph) III.C

Twenty-first Compliance Report Tool July 1, 2025 – December 31, 2025    Case 2:15-cv-00368-MHT-CWB    Document 234-2    Filed 07/08/26    Page 3 of 11

Page **2** of **10**

| STEPS TAKEN BY MONITOR TO ANALYZE CONDITIONS AND ASSESS COMPLIANCE, AND FACTUAL BASIS FOR MONITOR'S FINDINGS | | |
|---|---|---|
| Documents to be reviewed by the Monitor | Interviews conducted by the Monitor | On-site/Observations / Other |
| <ul><li>SOP 9-6, Staffing Plan</li><li>SOP 9-5, Mandatory Overtime</li><li>Tutwiler Tele-staff rosters</li><li>ADOC reports for staff physical fitness test results, from the academy, broken down by gender.</li></ul> | <ul><li>Mr. Stan Goolsby, Deputy Commissioner of Administrative Services</li><li>Mr. John Hudson, Warden III</li><li>Mr. Brandon Thornton, Tutwiler Settlement Compliance Captain</li><li>Ms. Tionee Baskin, Resource and Planning Coordinator</li></ul> | Compliance Visit: May 28, 2026 |

| MONITOR'S FINDINGS: | DATE: June 2, 2026 |
|---|---|
| ☒ Substantial Compliance<br><br>☐ Partial Compliance<br><br>☐ Non-compliance<br><br>☐ n/a no assessment due until _____ | |
| **MONITOR'S DISCUSSION:** STEPS TAKEN BY ADOC AND TUTWILER TOWARDS IMPLEMENTATION | DATE: June 2, 2026 |
| During the compliance timeframe July 1, 2025, to December 31, 2025, the Internal Monitor found Tutwiler in Substantial Compliance with this provision. The steps taken towards implementation are listed below: | |

(Opening Paragraph) III.C

Case 2:15-cv-00368-MHT-CWB    Document 234-2    Filed 07/08/26    Page 4 of 11

**\*\*Continue to work** with the Alabama Peace Officer Standards and Training Commission ("<u>APOSTC</u>") in screening, selecting, or hiring applicants for the entry-level corrections officer positions **until** such standards, or any other physical test employed, are:

The Settlement Agreement requires ADOC to continue to work with the APOSTC on the screening, selecting, and hiring of applicants for entry-level correctional officer positions until such standards, or any other physical test employed are 1) validated for a corrections environment, and 2) examined for the necessity of gender-norming certain components.

- ADOC is still operating according to the approved ADOC PAAT from *APOSTC.*
- The Internal Monitor received and reviewed the PAAT results for the reporting period.
- ADOC continues to re-test trainees at the Academy in the sixth week after the failed attempt.

The PAAT test consisted of the following:

- Agility Course: Pushing a 165 lb. sled, navigating over and under hurdles, traversing a balance beam, and dragging a 165-pound dummy.
- Step Test: Staff stepped up and down on a 12-inch-high step for 30 seconds. Total repetitions were recorded.
- Push-Ups: Staff performed as many push-ups as possible within 60 seconds. Total repetitions were recorded.
- Sit-ups: Staff performed as many sit-ups as possible within 60 seconds. Total repetitions were recorded.
- 300 Meter Sprint: Staff ran for 300 meters followed by a 165-pound dummy hold. Times were recorded.

ADOC continues to utilize Correctional Security Guards ("<u>CSG</u>") to work certain non-contact posts.  These posts do not require firearms or any other specialized training.  CSGs do not have to pass the ADOC PAAT prior to employment.  They are required to successfully complete a six-week training course that includes defensive tactics training.

**\*\*Continue to conduct** physical fitness assessments on all correctional office trainees, to include the provision of training recommendations to meet APOSTC physical training requirements.

- ADOC continues to conduct pre-employment physical fitness assessments for all correctional officer trainees. The Internal Monitor received and reviewed the physical fitness assessments for this reporting period.
- The ADOC-PAAT continues to be administered during the first week of the academy class.  A trainee who does not pass the ADOC-PAAT as required but, who achieves a minimum pre-employment assessment score of 148 on the ADOC-PAAT, will be allowed to continue training until week six of the academy class. During the sixth week of the academy class, a trainee, who passes all other subjects except the ADOC-PAAT during the first academy week must be re-tested.  Should the trainee fail the ADOC-PAAT re-test, the trainee is deemed to have failed the academy and will be dismissed from the academy.

(Opening Paragraph) III.C

**Examine workplace practices such as mandatory overtime and shift length to assess whether any of those practices may negatively impact hiring and retaining women candidates.**

➢ Tutwiler continues to utilize overtime when needed to fill posts. The Internal Monitor reviewed Tutwiler's TeleStaff Rosters and Overtime Report which listed overtime usage.  The Internal Monitor did not review any other documents that depicted how mandatory overtime may impact hiring or retention. The Internal Monitor notes that Tutwiler increased and/or sustained staff for each quarterly staffing report beginning with the quarter ending June 30, 2023.

➢ ADOC continues to use TeleStaff to assist with roster management and overtime. TeleStaff assists Shift Supervisors in completing staff assignments, and alerts staff when identified posts need to be filled.  This alert procedure assisted Tutwiler in reducing the need to mandate staff to stay over and enhancing officers' abilities to volunteer for overtime.

➢ During the Reporting Period, Tutwiler's staff worked 8 hours a shift; however, on January 3, 2026, the facility implemented 12 hour-shifts.

**\*\*Continue the practice of allowing officers from other ADOC facilities to serve overtime or otherwise be temporarily assigned at Tutwiler only after those officers have been trained as required by this agreement.**

➢ Tutwiler continues to allow officers from other ADOC facilities to work overtime when needed.  Each officer must attend Gender Responsive, Trauma Informed, and PREA Training prior to working at Tutwiler.  Tutwiler documents overtime in accordance with SOP 9-5, Overtime.

**By November 28, 2015,** and every six months thereafter, provide to the Monitor and DOJ the numbers of men and women who have taken any required entry-level physical examination(s) and the results of any such tests broken down by gender for each test administered.

➢ ADOC and Tutwiler continue to provide the Internal Monitor and DOJ the numbers of males and females who have taken the required entry- level physical examination(s) and the results of any such tests broken down by gender for each test administered.

| MONITOR'S DISCUSSION:  EXTENT TO WHICH ADOC AND TUTWILER HAVE COMPLIED WITH THE AGREEMENT | DATE: June 2, 2026 |
|---|---|

**Note: The Monitor received documents and updates from ADOC prior to, during, and after the compliance visit.**

The Internal Monitor determined ADOC and Tutwiler achieved substantial compliance for the opening paragraph of Section III.C. by meeting all the requirements identified on the Audit Tool for this Section during the reporting period July 1, 2025, through December 31, 2025.  The Internal Monitor verified substantial compliance through reviewing documents, facility tour, observations and interviews. This finding marks the sixth reporting period, ADOC and Tutwiler achieved substantial compliance with this section.

(Opening Paragraph) III.C

| MONITOR'S RECOMMENDATIONS: | DUE DATE: Ongoing |
|---|---|
| The Internal Monitor recommends continuing the recruitment and retention strategies deployed for Tutwiler. | |

(Opening Paragraph) III.C

| STAFFING | | | | | |
|---|---|---|---|---|---|
| III.C In order to address low staffing levels and the need for more women officers, ADOC and Tutwiler shall ensure that correctional staffing and supervision is sufficient to adequately supervise inmates and staff and allow for the safe operation of Tutwiler. | | | | | |
| | | Policy | | Develop Policy | Implement Policy |
| | | AR 454 SOP 8-12 SOP 9-6 | | February 28, 2016 | May 28, 2016 |
| REQUIREMENTS | | Policy Developed | Staff Trained | | Policy Implemented |
| **III.C.2.i – III.C.2.vii (Consent Decree; Doc. 11 at 34-39).** ADOC and Tutwiler shall develop, document, and implement a staffing plan, based on gender-responsive principles and PREA requirements, that provides for adequate staffing levels and, where, applicable, video monitoring to protect inmates against sexual abuse and sexual harassment.  This staffing plan shall be provided to the Monitor and DOJ and shall include the following: | | | | | |
| 1. Identification of all posts and positions at Tutwiler, including any gender-specific posts required for the safe operation of the facility. | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 2. Shift relief factor for Tutwiler; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 3. Policies and procedures for reviewing and amending Tutwiler's staffing plan. | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| In calculating adequate staffing levels, ADOC and Tutwiler shall, as part of a staffing analysis, consider: | | | | | |
| 1. Generally accepted detention and correctional practices; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 2. ADOC and Tutwiler's determination of which necessary duties will be handled by Tutwiler staff, ADOC staff, or outside agencies; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 3. Any findings of inadequacy from any investigative agencies within ADOC; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 4. Any findings of inadequacy from internal or external oversight bodies; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 5. The camera management plan and all components of the facility's physical plant; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 6. The composition of the inmate population; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 7. The number and placement of supervisory staff; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 8. Institution programming and options for supervision of inmates; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 9. A Tutwiler specific shift relief-factor; | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 10. Any applicable state or local laws, regulations, or standards; and | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |
| 11. The prevalence of substantiated and unsubstantiated incidents of sexual abuse and sexual harassment. | | Y    N    N/A | Y    N    N/A | | Y    N    N/A |

III.C.2.i-vii

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Within nine months of the effective date, ADOC and Tutwiler shall submit this staffing plan and staffing analysis to the Monitor and DOJ for review and comment and shall maintain the underlying data utilized in conducting the staffing analysis and plan and provide this data to DOJ or the Monitor if requested. | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| Within one year of the Effective Date, ADOC and Tutwiler shall adopt the results of the staffing plan consistent with PREA standards. | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| ADOC and Tutwiler, in consultation with the Department-wide PREA Coordinator and Tutwiler's PREA Compliance Manager, shall assess, determine, and document via a Staffing Update and Staffing Report, whether adjustments are needed to the staffing plan, and – taking into account available resources– implement such adjustments. | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| The Staffing Update shall be provided to the Monitor and DOJ quarterly and shall include the following information:<br>1. A listing of staff hired at Tutwiler, by gender and positions filled; and | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| 2. A listing of staff who ended their employment at Tutwiler, including gender, position, and reason for separation. | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| The Staffing Report shall be provided to the Monitor and DOJ every six months in the first year after the Effective Date and yearly thereafter until termination of this Agreement.  Each Staffing Report will include the following information:<br>1. An evaluation of existing staffing levels and need for adjustments; | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| 2. A listing of each post and position needed; | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| 3. The number of hours needed for each post and position; | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| 4. A listing of staff, by gender, working overtime at Tutwiler and the amount of overtime worked by each staff member; | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| 5. A listing of supervisors by gender working overtime at Tutwiler; and | Y | N | N/A | Y | N | N/A | Y | N | N/A |
| 6. Tutwiler's assessment of its ability to comply with the staffing plan. | Y | N | N/A | Y | N | N/A | Y | N | N/A |

III.C.2.i-vii

| MONITOR'S MEASURES OF COMPLIANCE |
|---|
| • Staffing Analysis<br>• Review Tutwiler's staffing plan.<br>• Staffing reports and updates required by the Consent Decree. |

| STEPS TAKEN BY MONITOR TO ANALYZE CONDITIONS AND ASSESS COMPLIANCE, AND FACTUAL BASIS FOR MONITOR'S FINDINGS | | |
|---|---|---|
| Documents reviewed by the Internal Monitor | Interviews conducted by the Internal Monitor | On-site/Observations / Other |
| Reviewed:<br>• Twentieth Monitor's Compliance Report<br>• Staffing Analysis<br>• Staffing plan SOP 9-6<br>• Annual Staffing Plan | • Mr. John Hudson, Warden II<br>• Ms. Tionee Baskin, Resource and Planning Coordinator | Compliance Visit: May 28, 2026 |

| MONITOR'S FINDINGS: | DATE:<br>June 2, 2026 |
|---|---|

☒ Substantial Compliance

☐ Partial Compliance

☐ Non-compliance

☐ n/a no assessment due until _____

III.C.2.i-vii

| **MONITOR'S DISCUSSION:**  EXTENT TO WHICH ADOC AND TUTWILER HAVE COMPLIED WITH THE AGREEMENT | **DATE:**<br><br>June 2, 2026 |
|---|---|

Tutwiler and ADOC continue to provide adequate staffing. ADOC and Tutwiler achieved substantial compliance with this provision during this reporting period July 1, 2025, through December 31, 2025.  The steps taken towards implementation are listed below:

### Develop, Document, and Implement Staffing Plan

The Staffing Analysis conducted by Mr. Miller and Ms. Parnell was finalized in July 2017 and implemented.  ADOC created and implemented AR 238, Resource Planning, which created the Resource Planning Unit ("RPU") to update the Department's staffing analysis.  The RPU updated the Staffing Analysis in February 2022 and completed an annual review of the Staffing Analysis in November 2023.  The RPU completed an update to the Staffing Analysis in November 2024.  As of December 2025, Tutwiler sustained the security staff vacancy rate of 35.73%, with 121 of the 188 positions filled.  Under AR 238, the RPU reviews the Staffing Analysis every year, and conducts a new staffing analysis every two years.

### Staffing Updates

Section III.C.2.vi requires Tutwiler to provide a staffing update to the Monitor and the DOJ quarterly.  Staffing updates shall be provided to the Monitor and the DOJ quarterly and include the following information: (a) a listing of staff hired at Tutwiler, by gender and positions filled; and (b) a listing of staff who ended their employment at Tutwiler, including gender, position, and the reason for separation.

- ➢ During this reporting period, the Internal Monitor reviewed the staffing updates for this Reporting Period of July 1, 2025, through December 31, 2025.

### Staffing Reports

Section III.C.2.vii, requires Tutwiler to provide to the Monitor and the DOJ a staffing report every six months in the first year after the effective date, and yearly thereafter.

- ➢ ADOC submitted the 6th Annual Staffing report to the Internal Monitor and DOJ.
- ➢ The 6th Annual Staffing report covers July 29, 2024-July 28, 2025.
- ➢ ADOC AR 238 pertains to conducting and maintaining the staffing analysis.

**Note: The Internal Monitor received documents and updates from ADOC prior to, during, and after the compliance visit.**

The Internal Monitor determined Tutwiler substantially complied with Sections III.C.2.i-vii during the Reporting Period July 1, 2025, through December 31, 2025, through reviewing documents, facility tours, observations, and discussions.

III.C.2.i-vii

| MONITOR'S RECOMMENDATIONS | DATE DUE: |
|---|---|
| The Internal Monitor recommends ADOC and Tutwiler continue to follow the policies and practices described above. | Ongoing |

III.C.2.i-vii