**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. 2:15-cv-00368-MHT** |
| **STATE OF ALABAMA AND ALABAMA DEPARTMENT OF CORRECTIONS,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**ORDER (PROPOSED)**

For the reasons given in the United States' Motion, the Court finds that it is no longer equitable to enforce the remaining terms of the Consent Decree. Based on the parties' filings and representations, including the Internal Monitor's Report, the Court hereby terminates the remaining provisions and dismisses this case with prejudice. The parties shall bear their own costs and fees.

SO ORDERED

DATED: _____

_____
THE HONORABLE MYRON H. THOMPSON

UNITED STATES DISTRICT JUDGE