IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:15cv368-MHT |
| ) | (WO) |
| ) | |
| STATE OF ALABAMA and ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
|    Defendants. ) | |

ORDER TERMINATING CONSENT DECREE

Having considered the plaintiff's motion to withdraw its opposition to terminating the remaining portions of the consent decree, it is ORDERED as follows:

(1) Plaintiff United States of America's motion to withdraw its opposition to termination of the remaining portions of the consent decree (Doc. 241) is granted.

(2) The defendants' motion to terminate the consent decree (Doc. 207) is granted because it is unopposed.

(3) Based upon the agreement of the parties, the

consent decree (Doc. 11) is terminated.

(4)   An appropriate judgment will be entered.

DONE, this the 23rd day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE